B6 Summary (Official Form 6 - Summary) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

In re  **Orange Grove Service, Inc.**                    Case No.      **2:10-bk-21336AA**

                                                          Chapter       **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $11,708,077.00 | | |
| B - Personal Property | Yes | 4 | $295,659.98 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $11,131,123.17 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $106,200.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $374,014.26 | |
| G - Executory Contracts and Unexpired Leases | Yes | 7 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 20 | $12,003,736.98 | $11,611,337.43 | |

B6A (Official Form 6A) (12/07)

In re  **Orange Grove Service, Inc.**                                    Case No.   **2:10-bk-21336AA**
                                                                                          (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Lemon Creek Center Shopping Center | Fee Simple | | $8,728,710.00 | $7,238,662.52 |
| Fremont Center, a shopping center | Fee Simple | | $2,979,367.00 | $3,837,269.54 |
| | | Total: | $11,708,077.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Orange Grove Service, Inc.**                                    Case No.    **2:10-bk-21336AA**
                                                                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Cash in Management Company account transferred to DIP accounts on 3/26/2010;  With April rents, as of 4/12/10, there is approximately $42,000 in DIP accounts. | | $5,084.98 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Orange Grove Service, Inc.**                              Case No.    **2:10-bk-21336AA**
                                                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16. Accounts receivable. | | Metro Health between $30,000 and $528,000 (if it is determined that Metro Health owes for the entire remaining balance of the lease term, as a result of lease default Aim's Academy approx $120,000 as a result of a lease default | $150,000.00 |
| | | Past due rents from tenants in Lemon Creek (approximately $27K) and Fremont (approximately $56K) | $83,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Orange Grove Service, Inc.**                                    Case No.   **2:10-bk-21336AA**
                                                                                          (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Orange Grove Service, Inc.**                                    Case No.    **2:10-bk-21336AA**
                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Mercedes S55 AMG | | $27,450.00 |
| | | 2006 Chevrolet Suburban | | $15,550.00 |
| | | 2005 STS Cadillac | | $11,575.00 |
| | | Clark 4 ton forklift vehicle | | $3,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

                                          ___3___ continuation sheets attached    **Total >**    $295,659.98
                        (Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6D (Official Form 6D) (12/07)

In re **Orange Grove Service, Inc.**                                      Case No.    **2:10-bk-21336AA**

                                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxx0700**<br><br>**American Continental Bank**<br>**17700 Castleton Street**<br>**Suite 100**<br>**City of Industry 91748** | | DATE INCURRED:  **11/23/2007**<br>NATURE OF LIEN:<br>**First Mortgage**<br>COLLATERAL:<br>**Fremont Center, a shopping center**<br>REMARKS:<br><br><br><br>VALUE:                      **$2,979,367.00** | | | X | **$3,388,363.00** | **$408,996.00** |
| ACCT #:<br><br>**Capmark Financial Group**<br>**116 Welsh Road**<br>**Horsham, PA 19044** | | DATE INCURRED:  **February 2006**<br>NATURE OF LIEN:<br>**Automobile**<br>COLLATERAL:<br>**2006 Chevrolet Suburban**<br>REMARKS:<br><br><br>VALUE:                      **$15,550.00** | | | | **$12,000.00** | |
| ACCT #:<br><br>**Capmark Financial Group**<br>**116 Welsh Rd.**<br>**Horsham, PA 19044** | | DATE INCURRED:  **January 2005**<br>NATURE OF LIEN:<br>**Automobile**<br>COLLATERAL:<br>**2005 STS Cadillac**<br>REMARKS:<br><br><br>VALUE:                      **$11,575.00** | | | | **$2,500.00** | |
| ACCT #:<br><br>**Los Angeles County Treasurer** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Taxes**<br>COLLATERAL:<br>**Fremont Center, a shopping center**<br>REMARKS:<br><br><br><br>VALUE:                      **$2,979,367.00** | | | | **$140,906.54** | **$140,906.54** |
| | | Subtotal (Total of this Page) > | | | | **$3,543,769.54** | **$549,902.54** |
| | | Total (Use only on last page) > | | | | | |

_____2_____continuation sheets attached

|  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Orange Grove Service, Inc.**                                    Case No.  **2:10-bk-21336AA**

                                                                                          (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: <br><br> **Los Angeles County Treasurer** | | DATE INCURRED: <br> NATURE OF LIEN: <br> **Taxes** <br> COLLATERAL: <br> **Lemon Creek Center** <br> REMARKS: <br><br> VALUE:                    **$8,728,710.00** | | | | **$77,212.52** | |
| ACCT #: **xxxxxx7337** <br><br> **Mercedes-Benz Financial** <br> **P.O. Box 9001680** <br> **Louisville, KY 40290-1680** | | DATE INCURRED: **12/2005** <br> NATURE OF LIEN: <br> **Automobile** <br> COLLATERAL: <br> **Mercedes SL55** <br> REMARKS: <br><br> VALUE:                    **$27,450.00** | | | | **$40,691.11** | **$13,241.11** |
| ACCT #: <br><br> **Phoebe Chen Huang and Nelson L. Huan** <br> **1223 Oakhaven Road** <br> **Arcadia, CA 91006** | | DATE INCURRED:  **October 14, 2009** <br> NATURE OF LIEN: <br> **Second Mortgage** <br> COLLATERAL: <br> **Fremont Center, a shopping center** <br> REMARKS: <br> **Debtor has multiple causes of action againt at least one of the lenders. Debtor will file an adverserial action and the claims thereunder will become assets of the estate** | | | X | **$308,000.00** | **$308,000.00** |
| | | <br><br><br> VALUE:                    **$2,979,367.00** | | | X | | |

Sheet no. ____**1**____ of ____**2**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | | | Subtotal (Total of this Page) > | **$425,903.63** | **$321,241.11** |
|---|---|---|---|---|---|
| | | | Total (Use only on last page) > | | |
| | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Orange Grove Service, Inc.**                           Case No.  **2:10-bk-21336AA**
                                                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Signal Walnut Partnership, LP**<br>**20866 E. Quail Run Drive**<br>**Diamond Bar, CA 91789**<br>**20866 E. Quail Run Drive** | | DATE INCURRED: **December 5, 2006**<br>NATURE OF LIEN:<br>**First Mortgage**<br>COLLATERAL:<br>**Lemon Creek Center**<br>REMARKS:<br>**Debtor has multiple casues of action against this lender that will be brought in an adverserial proceeding. These claims will become assets of these estate.** | | | X | **$7,161,450.00** | |
| | | | | | X | | |
| | | VALUE:              **$8,728,710.00** | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ____**2**____ of ____**2**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal (Total of this Page) > | **$7,161,450.00** | **$0.00** |
| Total (Use only on last page) > | **$11,131,123.17** | **$871,143.65** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (12/07)

In re  **Orange Grove Service, Inc.**                                        Case No.   __**2:10-bk-21336AA**__
                                                                                            (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**1**_____continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re  **Orange Grove Service, Inc.**                                          Case No.   **2:10-bk-21336AA**
                                                                                                    (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: <br> **California State Board of Equalization** <br> **P.O. Box 942879** <br> **Sacramento, CA 94279-7072** | | DATE INCURRED: **March 15, 2010** <br> CONSIDERATION: <br> **Underground Storage Tank Fees** <br> REMARKS: | | | | **$1,200.00** | **$1,200.00** | **$0.00** |
| ACCT #: <br> **Los Angeles County Tax Collecto** <br> **Mark J. Saladino Treasurer Tax Collector** <br> **225 N. Hill Street** <br> **Los Angeles, CA 90012** | | DATE INCURRED: **December 2008** <br> CONSIDERATION: <br> **Real estate Taxes** <br> REMARKS: <br> **APN: 5353-024-023-08-000** | | | | **$105,000.00** | **$100,000.00** | **$5,000.00** |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets      **Subtotals (Totals of this page) >** | **$106,200.00** | **$101,200.00** | **$5,000.00**

attached to Schedule of Creditors Holding Priority Claims

                                  **Total >** | **$106,200.00**

**(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)**

                                  **Totals >** | | **$101,200.00** | **$5,000.00**

**(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07)

In re  **Orange Grove Service, Inc.**                                             Case No.  **2:10-bk-21336AA**
                                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx-xxx190-1**<br>**AFS/BEX Financial Services, Inc.**<br>**P.O. Box 100045**<br>**Pasadena, CA 91109-0045** | | DATE INCURRED:  **11-27-2009**<br>CONSIDERATION:<br>**Financing - Property Insurance**<br>REMARKS:<br>**Ins for Fremont Center** | | | | **$2,014.26** |
| ACCT #:<br>**Employment Development Corp.**<br>**Bankruptcy Group MIC 92E**<br>**P.O. Box 826880**<br>**Sacramento, CA 94280-0001** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Hamid Habib-Agahi**<br>**392 North Bondhill Rd.**<br>**Los Angeles, CA 90049** | | DATE INCURRED:  **January 20, 2010**<br>CONSIDERATION:<br>**unsecured loan to Debtor**<br>REMARKS: | | | | **$100,000.00** |
| ACCT #:<br>**Hossein Hedjazi**<br>**618 North Las Casas Ave.**<br>**Pacific Palisades, CA 90272** | | DATE INCURRED:  **January 20, 2010**<br>CONSIDERATION:<br>**unsecured loan to Debtor**<br>REMARKS: | | | | **$150,000.00** |
| ACCT #:<br>**IRS Inslovency Unit**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**LA County Tax Collector**<br>**Bankruptcy Unit**<br>**2615 South Grand**<br>**Los Angeles, CA 90807-2608** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

                                                                                     Subtotal >   | **$252,014.26** |

_____**1**_____continuation sheets attached

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Orange Grove Service, Inc.**                                                    Case No.   **2:10-bk-21336AA**
                                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Los Angeles City Clerk**<br>**P.O. Box 53200**<br>**Los Angeles, CA 90052-0200** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Manijeh Habib-Agahi**<br>**392 North Bonhill Rd.**<br>**Los Angeles, CA 90049** | | DATE INCURRED:  **January 20, 2010**<br>CONSIDERATION:<br>**unsecured loan to Debtor**<br>REMARKS: | | | | **$100,000.00** |
| ACCT #:<br>**Nelly Rabadi**<br>**1575 Old House Road**<br>**pasadena, CA 91107** | | DATE INCURRED:  **January 20, 2010**<br>CONSIDERATION:<br>**unsecured loan to Debtor**<br>REMARKS: | | | | **$22,000.00** |
| ACCT #:<br>**United States Trustee**<br>**725 South Figueroa Street**<br>**Suite 2600**<br>**Los Angeles, CA 90017** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**IRS Insolvency Unit**<br>**PO BOX 21126**<br>**Philadelphia, PA 19114** | | DATE INCURRED:<br>CONSIDERATION:<br>**Required Notification**<br>REMARKS: | | | | |
| | | | | | | |

Sheet no. _____1_____ of _____1_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$122,000.00**

Total >   **$374,014.26**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re  **Orange Grove Service, Inc.**                                    Case No.    **2:10-bk-21336AA**
                                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **7 Eleven**<br>2150 S Fremont Ave<br>Alhambra CA | Commercial Lease Starting 12/2007  Ending 07/2017:<br>Monthly Rent $8,400   NNN<br>Contract to be ASSUMED |
| **AT&T Tower #3**<br>308 [F] N Lemon Ave<br>Walnut CA | Commercial Lease Starting 11/2005   Ending 10,2010:<br>Monthly Rent $1,756   NNN<br>Contract to be ASSUMED |
| **ATM**<br>2120- 2126 S Fremont Ave<br>Alhambra CA | Commercial Month to Month Lease $150  NNN<br>Contract to be ASSUMED |
| **Bangkock Bar-B-Q**<br>372-374 Lemon Ave<br>Walnut CA | Commercial Lease Starting 03/2007  Ending 11/2009:<br>Monthly Rent $ 2,479  NNN (Lease Expired, Presently Month To Month)<br>Contract to be ASSUMED |
| **Black Belt Karate**<br>366 N Lemon Ave<br>Walnut CA | Commercial Lease Starting 09/2003  Ending 09/20123:<br>Monthly Rent $2,206  NNN<br>Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re  **Orange Grove Service, Inc.**                                    Case No.    **2:10-bk-21336AA**
                                                                                      (if known)


# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 1*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Boba Cafe**<br>376 N Lemon Ave<br>Walnut CA | Commercial Lease Starting 11/2003  Ending 10/2009: Monthly Rent $900 NNN (Lease expired, Presently Month to Month)<br>Contract to be ASSUMED |
| **Charles Kim, dba Lemon Creek Cleaners**<br>360 N Lemon Ave.<br>Walnut, CA | Commercial Real Property Lease Starting 05/2004 ending 4/30/2020 Monthly Rent $2,754 NNN<br>Contract to be ASSUMED |
| **Claudia Lara & Arturo Sanchez dba Stress**<br>370 N Lemon Ave.<br>Walnut, CA | Commercial Real Property Lease Starting 08/2009 ending 7/31/2010; Monthly Rent $2,438 NNN<br>Contract to be ASSUMED |
| **Crown Castle Tower #1**<br>308 [D] N Lemon Ave<br>Walnut CA | Commercial Lease Starting 07/2000   Ending (unknown): Monthly Rent $1,452   NNN (Lease may be expired, and is presently Month to Month)<br>Contract to be ASSUMED |
| **David Ma (Metro PCS)**<br>2146-2148 S Fremont Ave<br>Alhambra CA | Commercial Lease Starting 02/1996  Ending (unknown) : Monthly Rent $1,900   NNN (Lease expired, presently Month to Month)<br>Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re  **Orange Grove Service, Inc.**                    Case No.  **2:10-bk-21336AA**
                                                                          (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 2*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Derrick Lim & Lieu Ton dba Family Optome**<br><br>358 N Lemon Ave.<br>Walnut, CA | Commercial Real Property Lease Starting 06/2005 ending 5/31/2010; Monthly Rent $2,220 NNN<br>Contract to be ASSUMED |
| **Dr. Rosanda Iskander**<br>314 N Lemon Ave<br>Walnut CA | Commercial Lease Starts 06/2006 ends 05/2011; Monthly Rent $2,670 NNN<br>Contract to be ASSUMED |
| **Dr. Upshaw (Podiatrist)**<br>2142 S Fremont Ave<br>Alhambra CA | Commercial Lease Starting 03/1996  Ending (unknown): Monthly Rent $2,160  NNN (Lease Expired, presently Month to Month)<br>Contract to be ASSUMED |
| **Ellen Ku & Ivy Chang**<br>308 B N Lemon Ave.<br>WALNUT, CA | Commercial Real Property Lease Starting 07/2006 ending 06/2011; Monthly Rent $1,088 NNN<br>Contract to be ASSUMED |
| **Fantastic Hair**<br>356 N Lemon Ave<br>Walnut CA | Commercial Lease Starting 08/2006   Ending 08/2009: Monthly Rent $2,184  NNN<br>Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re  **Orange Grove Service, Inc.**                                    Case No.    **2:10-bk-21336AA**
                                                                                        (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 3*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Farmers Insurance**<br>378 N Lemon Ave<br>Walnut CA | Commercial Lease Starting 07/2006  Ending 06/2013:<br>Monthly Rent $1,337   NNN<br>Contract to be ASSUMED |
| **Hyun Sook Yang (Aloha Island Bar-B-Q)**<br>380-384 Lemon Ave.<br>Walnut, CA | Commercial Real Property Lease Starting 03/2008 Ending 9/30/2014; Monthly rent $2,701 NNN<br>Contract to be ASSUMED |
| **Knih Ngo (King Donuts)**<br>2140 S Fremont Ave<br>Alhambra CA | Commercial Lease Starting 12/2007   Ending 11/2012:<br>Monthly Rent $1,913  NNN<br>Contract to be ASSUMED |
| **Nail Spa**<br>332-334 N Lemon Ave<br>Walnut CA | Commercial Lease Starting 09/2006  Ending 12/2016:<br>Monthly Rent $3,064   NNN<br>Contract to be ASSUMED |
| **New York Pizzeria**<br>364 N Lemon Ave<br>Walnut Ca | Commercial Lease Starting 09/2006   Ending 12/2021:<br>Monthly Rent $5,332  NNN<br>Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re  **Orange Grove Service, Inc.**                                        Case No.    **2:10-bk-21336AA**
                                                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 4*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Ninja Sushi Restaurant**<br>316 N Lemon Ave<br>Walnut CA | Commercial Lease Starting06/2006   Ending 05/2012:<br>Monthly Rent $2,051   NNN<br>Contract to be ASSUMED |
| **Pacific Parking Recycling**<br>308 [C] N Lemon Ave<br>Walnut CA | Commercial Lease Starting 07/2003  Ending 06/2013:<br>Monthly Rent $1,700   NNN<br>Contract to be ASSUMED |
| **Papa John's Pizza (2)**<br>2136 S Fremont Ave<br>Alhambra CA | Commercial Lease Starting 01/2010  Ending 12/2014:<br>Monthly Rent $2,485   NNN<br>Contract to be ASSUMED |
| **Post Box Plus**<br>382 N Lemon Ave<br>Walnut CA | Commercial Lease Starting 11/2003 Ending 10/2013:<br>Monthly Rent $1,466  NNN<br>Contract to be ASSUMED |
| **Sandy Chor (Donut Tree)**<br>388 N Lemon Ave.<br>Walnut, CA | Commercial Real Property Lease Starting 11/2005 ending 1/01/2022; Monthly Rent $2,837 NNN<br>Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re **Orange Grove Service, Inc.**                                    Case No.   **2:10-bk-21336AA**
                                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 5*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Shoe Repair**<br>386 N Lemon Ave<br>Walnut CA | Commercial Lease Starting 08/2008   Ending 07/20-13:<br>Monthly Rent $1,351   NNN<br>Contract to be ASSUMED |
| **Steve Chiang (Aim's Tutor Academy)**<br>336-346 Lemon Ave.<br>Walnut, CA | Commercial Real Property Lease Starting 06/2006 Ending 3/31/2012; Monthly Rent $5,637 NNN<br>Contract to be ASSUMED<br>Contract is in DEFAULT |
| **Subway**<br>2132 S Fremont Ave<br>Alhambra CA | Commercial Lease Starting 04/2010  Ending 04/2015:<br>Monthly Rent $1,464  NNN<br>Contract to be ASSUMED |
| **T Mobile Tower #2**<br>308 [E] N Lemon Ave<br>Walnut CA | Commercial Lease Starting 01/2008  Ending (unknown):<br>Monthly Rent $1,218   NNN (Lease expired, presently Month to Month)<br>Contract to be ASSUMED |
| **T-Mobile**<br>2120-2126 S Fremont Ave<br>Alhambra CA | Commercial Lease Starting 2004  Ending:  2029Monthly Rent $1,700  NNN<br>Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re  **Orange Grove Service, Inc.**                                    Case No.    **2:10-bk-21336AA**
                                                                                      (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 6*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Walnut Family Dentistry**<br>330 N Lemon Ave<br>Walnut CA | Commercial Lease Starting 02/2006   Ending 02/2011: Monthly Rent $2,481   NNN<br>Contract to be ASSUMED |

B6H (Official Form 6H) (12/07)

In re  **Orange Grove Service, Inc.**                                         Case No.  **2:10-bk-21336AA**
                                                                                            (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B7 (Official Form 7) (12/07)

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

In re:   **Orange Grove Service, Inc.**                                    Case No.   **2:10-bk-21336AA**

                                                                            (if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$2,007,211.00** | |

---

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | |

---

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None ☑

a.  Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☐

b.  Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Signal Walnut Partnership ("SWP")** **20866 Quail Run Dr.** **Walnut, CA 91789** | **1/07/2010 - $29,500 to SWP** **1/21/2010 - $242,000 to SWP** **2/4/2010 - $32,450 to SWP** | **$359,015.00** | |
| **American Continental Bank ("ACB")** **17700 Castleton** **Suite 100** **City of Industry, CA 91748** | **12/10/2009 - $16,005.77 to ACB** **1/10/02010 - $18,505.77 to ACB** **2/10/2010 -** | | |

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

In re:   **Orange Grove Service, Inc.**                                    Case No.   **2:10-bk-21336AA** _____

                                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 1*

**$20,555.75 to**
**ACB**

---

None ☑   c.  All debtors:  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☑   a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑   b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 5. Repossessions, foreclosures and returns

None ☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Signal Walnut Partnership<br>20866 Quail Run Dr.<br>Walnut, CA 91789 | Trustee's Sale was scheduled for March 26, 2010 | Lemon Creek Center, Walnut Center current fair market value is $8,728,710 |

---

### 6. Assignments and receiverships

None ☑   a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑   b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None ☑   List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None ☑   List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

In re:   **Orange Grove Service, Inc.**                                      Case No.   **2:10-bk-21336AA**

                                                                                         (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

**9. Payments related to debt counseling or bankruptcy**

None ☑

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

---

**10. Other transfers**

None ☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **American Continental Bank**<br>**17700 Castelton Dr.**<br>**Ste 100**<br>**City of Industry, CA 91748** | **STC Management Company account for Orange Grove Service, Inc.  Last four of account no.  $5,084.98.** | **Amount - $5,084.98 - closed March 26, 2010** |

---

**12. Safe deposit boxes**

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☑

List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☑

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

In re:  **Orange Grove Service, Inc.**                    Case No.   **2:10-bk-21336AA**  _____
                                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

### 16. Spouses and Former Spouses

None
☑   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None
☑   a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None
☑   b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None
☑   c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

### 18. Nature, location and name of business

None
☑   a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

---

None
☑   b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

In re:  **Orange Grove Service, Inc.**                                    Case No.   **2:10-bk-21336AA**

                                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None
☐  a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Richard McEntee**<br>**McEntee Co.**<br>**501S. First Avenue**<br>**Ste E**<br>**Arcadia, CA 91006** | **2007, 2008, 2009 and 2010.** |

---

None
☐  b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Richard McEntee**<br>**McEntee Co.**<br>**501S. First Avenue**<br>**Ste E**<br>**Arcadia, CA 91006** | **2007, 2008 and 2009.** |

---

None
☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **STC Management** | **10722 Beverly Blvd.**<br>**Suite P**<br>**Whitter, CA 90601** |

---

None
☑  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

---

### 20. Inventories

None
☑  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None
☑  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

B7 (Official Form 7) (12/07) - Cont.

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

In re:   **Orange Grove Service, Inc.**                                              Case No.   **2:10-bk-21336AA**
                                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

**21. Current Partners, Officers, Directors and Shareholders**

None
☑   a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None
☑   b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

**22. Former partners, officers, directors and shareholders**

None
☑   a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None
☑   b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

**23. Withdrawals from a partnership or distributions by a corporation**

None
☐   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Arturo Flores**<br>**3762 Henderson Pl**<br>**Claremont, CA** | **Owner's Draw** | **$260,400 total of monthly draws of $21,700** |

---

**24. Tax Consolidation Group**

None
☑   If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

**25. Pension Funds**

None
☑   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

In re:  **Orange Grove Service, Inc.**                    Case No.    <u>**2:10-bk-21336AA**</u>
                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  <u>**04/15/2010**</u>                    Signature  <u>**/s/ Arturo Flores**</u>
                                                         ***Arturo Flores***
                                                         ***President***

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

IN RE:                                                    CHAPTER    **11**

**Orange Grove Service, Inc.**


DEBTOR(S)                                              CASE NO    **2:10-bk-21336AA**


## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
|  |  |  |  |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____ **President** _____ of the _____ **Corporation** _____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date: __**04/15/2010**_____    Signature: __**/s/ Arturo Flores**_____
                                              *Arturo Flores*
                                              **President**