Ori S. Blumenfeld (Bar No. 259112
**Wilson & Associates LLP**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90401
Phone: (310) 220-4900
Facsimile: (310) 443-4296
oblumenfeld@wilsonassocllp.com

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re: | Chapter 11 Case Number |
|---|---|
| Orange Grove Services, Inc. | 2:10-bk-21336-AA |
| Debtor(s) | |

**NOTICE OF SETTING INSIDER COMPENSATION**

| | |
|---|---|
| 1. Name of Insiders: | Arturo Flores and Diana Flores |
| 2. Relationship to Debtor (i.e. owner, partner, officer, director, shareholder). | Arturo Flores is the sole stockholder, owner and President. Diana Flores is the Secretary and is the wife of Mr. Flores. |
| 3. Date when relationship with Debtor commenced: | From the time Debtor was formed in October 1979. |
| 4. Position Title | Arturo Flores – President<br>Diana Flores – Secretary |
| 5. Position Description: | Arturo Flores – manages and oversees all day to day operations of two shopping centers owned by Debtor, Lemon Creek Center and Fremont Center (collectively, the "Centers"), including but not limited to handling all tenant issues, trying to find new tenants to lease vacant spaces, managing the process of repairs and improvements, managing, planning and coordinating with the Secretary and Debtor's Counsel the reorganization process and assisting with the preparation and review of documents and filings related to the Debtor's Chapter 11. Mr. Flores is responsible for all aspects of the operations of both Centers.<br><br>Diana Flores – manages collection of rents and CAM, organizes operating expenses, organizes and maintains Debtor's documents and files, assists Mr. Flores as needed, |
| 6. Assigned Duties: | See No. 5 above. |
| 7. Date employed in current position: | Arturo Flores and Diana Flores since the acquisition of the Centers. |
| 8. If previously employed by Debtor within past two years in a different position, state position(s) and date(s). | Arturo Flores an Diana Flores performed essentially the same functions prior to the filing of Debtor's Chapter 11 Petition; however, much of what they did was to coordinate with the management company. In addition, they worked to reduce the vacancies in the Centers. |
| 9. Number of hours worked per week: | |
| 10. Total amount of compensation and payment interval: | |

| | |
|---|---|
| 11. Breakdown of compensation (specify amount and payment interval). | |
| Salary: | Arturo Flores - $14,000 - Monthly<br>Diana Flores - $ 4,500 - Monthly |
| Perquisites (total, detail below): | |
| Car Allowance: | Arturo – $694/ month based on 80% use for Debtor<br>Diana - $565/month based on 50% use for Debtor |
| Medical Insurance: | |
| Life Insurance: | |
| Business Expenses: | |
| Other (Specify): | |
| 12. Identify the source of the funds to be used to pay compensations specified in No. 10: | Rents from the Centers |
| 13. Date and amount of last increase in compensation: | N/A |
| 14. Identify any creditor who asserts a security interest (whether or not Debtor disputes the validity thereof) in the receipts generated by the operation of the Debtor's business and the amount of its claim: | Signal Walnut, LP – Lemon Creek<br>American Continental Bank – Fremont<br>American Continental Bank |
| 15. Specify all compensations, perquisites, loans, benefits etc. received by insider from the Debtor during the twelve month period immediately preceding the filing of the Chapter 11 Petition (Attach W-2, 1099, Individual Payroll Cards and other related forms): | |
| Compensation: | $193,136 |
| Loans: | |
| Perquisites (Specify): | $50,838 |

I declare under penalty of perjury that the answers contained in the foregoing Notice are true and correct.

Dated: 5-11-2010

_ARTURO FLORES PRESIDENT_

Print Name and Title of Authorized Agent for Debtor

Signature of Authorized Agent for Debtor

| In re | Chapter 11 |
|---|---|
| ORANGE GROVE SERVICE, INC. | Case.: 2:10-BK-21336-AA |

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10940 Wilshire Blvd., Ste 1600, Los Angeles, CA 90024

A true and correct copy of the foregoing document described as
NOTICE SETTING FORTH INSIDER COMPENSATION will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **May 11, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Alan M. Ahart
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1382
Los Angeles, CA 90012

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 11, 2010 | Arthur C. Doyle | /s/ Arthur C. Doyle |
|---|---|---|
| | Type Name | Signature |

1

| | |
|---|---|
| American Continental Bank<br>17700 Castleton Street<br>Suite 100<br>City of Industry, CA 91748 | Los Angeles County Tax Collector<br>Mark J Saladino Treasurer Tax Collector<br>225 N Hill Street<br>Los Angeles, Ca 90012 |
| California State Board of Equalization<br>PO Box 942879<br>Sacramento, CA 94279-7072 | Manijeh Habib-Agahi<br>392 North Bonhill Road<br>Los Angeles, Ca 90049 |
| Capmark Financial Group<br>116 Welsh Road<br>Horsham, PA 19044 | Mercedes-Benz Financial<br>PO Box 9001680<br>Louisville, KY 40290-1680 |
| Employment Development Corporation<br>Bankruptcy Group MIC 92E<br>Sacramento, CA 94280-0001 | Nelly Rabadi<br>1575 Old House Road<br>Pasadena, CA 91107 |
| Hamid Habib-Agahi<br>392 North Bonhill Road<br>Los Angeles, CA 90049 | Orange Grove Service, Inc.<br>PO Box 7398<br>La Verne, CA 91750 |
| Hossein Hedjazi<br>618 North Las Casas Avenue<br>Pacific Palisades, CA 90272 | Phoebe Chen Huang and Nelson L Huang<br>1223 Oakhaven Road<br>Arcadia, CA 91006 |
| IRS Insolvency Unit<br>PO Box 21126<br>Philadelphia, PA 19114 | Signal Walnut Partnership, LP<br>20866 E Quail Run Drive<br>Diamond Bar, CA 91789 |
| Los Angeles City Clerk<br>PO Box 53200<br>Los Angeles, Ca 90052-0200 | |
| LA County Tax Collector<br>Bankrupty Unit<br>2615 South Grand<br>Los Angeles, CA 90807-2608 | United States Trustee<br>725 South Figueroa Street<br>Suite 2600<br>Los Angeles, CA 90017 |