FILED & ENTERED

MAY 20 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY may      DEPUTY CLERK

Ori S. Blumenfeld (Bar No. 259112)
**Wilson & Associates LLP**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Phone: (310) 220-4900
Facsimile: (310) 443-4296
oblumenfeld@wilsonassocllp.com

Attorneys for DEBTOR

UNITED STATES BANKRUPCTY COURT

CENTRAL DISTRICT OF CALIFORNIA

In re

ORANGE GROVE SERVICE, INC.,

Debtor.

Case No. 2:10-bk-21336-AA

Chapter 11

**[PROPOSED] ORDER APPROVING LIMITED USE OF CASH COLLATERAL TO PAY DEBTOR'S IMMEDIATE PAST DUE BILLS RE INSURANCE, UTILITIES, VENDORS, AND US TRUSTEE FEES PURSUANT TO ORAL STIPULATIONS**

On May 12, 2010, Debtor's Motion for Interim Use of Cash Collateral ("Motion") came on for hearing before the Honorable Alan M. Ahart. Debtor Orange Grove Service, Inc. ("Debtor") modified its Motion at the hearing to allow Debtor to pay only certain immediate past due bills that are due and owing for the months of March, April, and May 2010, pursuant to oral stipulations agreed to by counsel for the appearing secured creditors. Ori S. Blumenfeld for Wilson & Associates LLP, appeared on behalf of Debtor. Jeffrey Krieger for Greenberg Glusker Fields Claman & Machtinger LLP, appeared on behalf of Secured Creditor Signal Walnut Partnership, LP ("SW"). Edward G. Schloss

for Edward G. Schloss Law Corporation, appeared on behalf of Secured Creditor American Continental Bank ("ACB"). Dare Law appeared on behalf of United States Trustee (UST).

Based on the representation of counsel at the hearing

**IT IS ORDERED THAT:**

1. Debtor is authorized to pay only the immediate past due and owing bills for the months of March, April, and May 2010 as stated below. Payments shall be made from the specific debtor in possession ("DIP") account per each specific location.

**Lemon Creek Center DIP Account**

| NAME | AMOUNT | FINAL DUE DATE |
|---|---|---|
| THE BUG MAN | $540.00 | 05/15/2010 |
| WALNUT VALLEY WATER | $1,278.48 | 05/15/2010 |
| EDISON | $2,797.12 | 05/15/2010 |
| VALLEY VISTA TRASH | $2,280.64 | 05/15/2010 |
| FARMERS INSURANCE | $1,407.00 | 05/15/2010 |
| BEST LIGHTING | $679.17 | 05/15/2010 |
| PACIFIC GREEN LANDSCAPE | $4,635.00 | 05/15/2010 |
| SWEEP COMPANY | $930.00 | 05/15/2010 |
| TOTAL AUTHORIZED PAYMENTS | $14,547.41 | |

[PROPOSED] ORDER APPROVING LIMITED USE OF CASH COLLATERAL TO PAY DEBTORS' IMMEDIATE PAST DUE BILLS RE INSURANCE, UTILITIES, VENDORS, AND US TRUSTEE FEES PURSUANT TO ORAL STIPULATIONS

**Fremont Center DIP Account**

| NAME | AMOUNT | FINAL DUE DATE |
|---|---|---|
| ALHAMBRA MUNICIPAL SERV | $947.00 | 05/15/2010 |
| EDISON | $152.87 | 05/15/2010 |
| CONSOLIDATED DISPOSAL | $492.56 | 05/15/2010 |
| LOMELI LANDSCAPING | $860.00 | 05/15/2010 |
| IBEX INSURANCE | $1,047.71 | 05/15/2010 |
| M&M GLASS | $245.00 | 05/15/2010 |
| DURAN LIGHTING | $156.00 | 05/15/2010 |
| TEMPO AC HEATING | $120.00 | 05/15/2010 |

TOTAL AUTHORIZED PAYMENTS          $4,021.14

2. Debtor is also authorized to pay $1086.00 to AAA for Debtor's automobile insurance, pursuant to oral stipulation with Secured Creditor's ACB's Counsel on May 14, 2010 approving payment of automobile insurance from the Fremont DIP account.

3. Debtor is also authorized to pay $325.00 to the UST for its required first quarterly fee payment, pursuant to electronic stipulation with Secured Creditor's SW's Counsel on May 18, 2010 approving payment of UST quarterly fees from the Lemon Creek DIP account.

4. SW's and ACB's consent to the foregoing limited use of cash collateral is conditioned upon, and the Debtor is hereby ordered to provide to SW's and ACB's respective counsel the following documents:

A. within five (5) days of entry of this Order, copies of all invoices and checks reflecting the aforementioned above-referenced payments;

B. within five (5) days of entry of this Order, copies of all rent checks received by Debtor from March 25, 2010, the date Debtor filed its chapter 11 bankruptcy petition; and

C. on a weekly basis, copies of all rent checks received by Debtor after the date of entry of this Order.

###

Presented By:

WILSON & ASSOCIATES LLP

/s/Ori S. Blumenfeld

Ori S. Blumenfeld, Esq.
Attorneys for Debtor and
Debtor in Possession
Orange Grove Service, Inc.

Approved as to Form and Language By:

Greenberg Glusker Fields Claman & Machtinger LLP

_____
Jeffrey Krieger, Esq.
Attorneys for Secured Creditor
Signal Walnut Partnership, LP

Edward G. Schloss Law Corporation

_____
Edward G. Schloss, Esq.
Attorneys for Secured Creditor
American Continental Bank

**[PROPOSED] ORDER APPROVING LIMITED USE OF CASH COLLATERAL TO PAY DEBTORS' IMMEDIATE PAST DUE BILLS RE INSURANCE, UTILITIES, VENDORS, AND US TRUSTEE FEES PURSUANT TO ORAL STIPULATIONS**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25    DATED: May 20, 2010

_____
United States Bankruptcy Judge

26
27
28

**[PROPOSED] ORDER APPROVING LIMITED USE OF CASH COLLATERAL TO PAY DEBTORS' IMMEDIATE PAST DUE BILLS RE INSURANCE, UTILITIES, VENDORS, AND US TRUSTEE FEES PURSUANT TO ORAL STIPULATIONS**

1 | Approved as to Form and Language By:

5 | Greenberg Glusker Fields Claman & Machtinger LLP

8 | Jeffrey Krieger, Esq.
  | Attorneys for Secured Creditor
9 | Signal Walnut Partnership, LP

12 | Edward G. Schloss Law Corporation

14 | Edward G. Schloss, Esq.
15 | Attorneys for Secured Creditor
   | American Continental Bank

28 | [PROPOSED] ORDER APPROVING LIMITED USE OF CASH COLLATERAL TO PAY DEBTORS' IMMEDIATE PAST DUE BILLS RE INSURANCE, UTILITIES, VENDORS, AND US TRUSTEE FEES PURSUANT TO ORAL STIPULATIONS

1  Approved as to Form and Language By:

2

3

4

5  Greenberg Glusker Fields Claman & Machtinger LLP

6

7  _____

8  Jeffrey Krieger, Esq.
   Attorneys for Secured Creditor
9  Signal Walnut Partnership, LP

10

11

12  Edward G. Schloss Law Corporation

13  */s/ Edward G. Schloss*

14  Edward G. Schloss, Esq.
    Attorneys for Secured Creditor
15  American Continental Bank

16

17

18

19

20

21

22

23

24

25

26

27

28  [PROPOSED] ORDER APPROVING LIMITED USE OF CASH COLLATERAL TO PAY DEBTORS' IMMEDIATE PAST DUE BILLS RE INSURANCE, UTILITIES, VENDORS, AND US TRUSTEE FEES PURSUANT TO ORAL STIPULATIONS

| | |
|---|---|
| In re | Chapter 11 |
| ORANGE GROVE SERVICE, INC. | |
| | Case.: 2:10-BK-21336-AA |

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10940 Wilshire Blvd., Ste 1600, Los Angeles, CA 90024

A true and correct copy of the foregoing document described as
**[PROPOSED] ORDER APPROVING LIMITED USE OF CASH COLLATERAL TO PAY DEBTOR'S IMMEDIATE PAST DUE BILLS RE INSURANCE, UTILITIES, VENDORS, AND US TRUSTEE FEES PURSUANT TO ORAL STIPULATIONS**

 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **May 19, 2010**   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Alan M. Ahart
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1382
Los Angeles, CA 90012
X Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**[PROPOSED] ORDER APPROVING LIMITED USE OF CASH COLLATERAL TO PAY DEBTORS' IMMEDIATE PAST DUE BILLS RE INSURANCE, UTILITIES, VENDORS, AND US TRUSTEE FEES PURSUANT TO ORAL STIPULATIONS**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 19, 2010 | Ori S. Blumenfeld | /s/ Ori Blumenfeld |
|---|---|---|
| | Type Name | Signature |

Los Angeles City Clerk
PO Box 53200
Los Angeles, Ca 90052-0200

| United States Trustee | Los Angeles County Tax Collector |
|---|---|
| 725 South Figueroa Street | Mark J Saladino Treasurer Tax Collector |
| Suite 2600 | 225 N Hill Street |
| Los Angeles, CA 90017 | Los Angeles, Ca 90012 |

| American Continental Bank | Manijeh Habib-Agahi |
|---|---|
| 17700 Castleton Street | 392 North Bonhill Road |
| Suite 100 | Los Angeles, Ca 90049 |
| City of Industry, CA 91748 | |

| California State Board of Equalization | Mercedes-Benz Financial |
|---|---|
| PO Box 942879 | PO Box 9001680 |
| Sacramento, CA 94279-7072 | Louisville, KY 40290-1680 |

| Capmark Financial Group | Nelly Rabadi |
|---|---|
| 116 Welsh Road | 1575 Old House Road |
| Horsham, PA 19044 | Pasadena, CA 91107 |

| Employment Development Corporation | Orange Grove Service, Inc. |
|---|---|
| Bankruptcy Group MIC 92E | PO Box 7398 |
| Sacramento, CA 94280-0001 | La Verne, CA 91750 |

**[PROPOSED] ORDER APPROVING LIMITED USE OF CASH COLLATERAL TO PAY DEBTORS' IMMEDIATE PAST DUE BILLS RE INSURANCE, UTILITIES, VENDORS, AND US TRUSTEE FEES PURSUANT TO ORAL STIPULATIONS**

| | |
|---|---|
| Hamid Habib-Agahi<br>392 North Bonhill Road<br>Los Angeles, CA 90049 | Phoebe Chen Huang and Nelson L Huang<br>1223 Oakhaven Road<br>Arcadia, CA 91006 |
| Hossein Hedjazi<br>618 North Las Casas Avenue<br>Pacific Palisades, CA 90272 | Signal Walnut Partnership, LP<br>20866 E Quail Run Drive<br>Diamond Bar, CA 91789 |
| IRS<br>PO Box 21126<br>Philadelphia, PA 19114 | Wilson & Associates LLP<br>10940 Wilshire Blvd<br>Suite 1600<br>Los Angeles, CA 90024 |
| LA County Tax Collector<br>Bankrupty Unit<br>2615 South Grand<br>Los Angeles, CA 90807-2608 | |

**[PROPOSED] ORDER APPROVING LIMITED USE OF CASH COLLATERAL TO PAY DEBTORS' IMMEDIATE PAST DUE BILLS RE INSURANCE, UTILITIES, VENDORS, AND US TRUSTEE FEES PURSUANT TO ORAL STIPULATIONS**

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.

**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.

**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled:

**[PROPOSED] ORDER APPROVING LIMITED USE OF CASH COLLATERAL TO PAY DEBTOR'S IMMEDIATE PAST DUE BILLS RE INSURANCE, UTILITIES, VENDORS, AND US TRUSTEE FEES PURSUANT TO ORAL STIPULATIONS**

was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐ Service information continued on attached page

**[PROPOSED] ORDER APPROVING LIMITED USE OF CASH COLLATERAL TO PAY DEBTORS' IMMEDIATE PAST DUE BILLS RE INSURANCE, UTILITIES, VENDORS, AND US TRUSTEE FEES PURSUANT TO ORAL STIPULATIONS**

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continue on attached page

**[PROPOSED] ORDER APPROVING LIMITED USE OF CASH COLLATERAL TO PAY DEBTORS' IMMEDIATE PAST DUE BILLS RE INSURANCE, UTILITIES, VENDORS, AND US TRUSTEE FEES PURSUANT TO ORAL STIPULATIONS**

**ADDITIONAL SERVICE INFORMATION** (if needed):

Judge Alan M. Ahart

Edward R. Roybal Federal Building and Courthouse

255 E. Temple Street, Suite 1382

Los Angeles, CA 90012

Los Angeles City Clerk
PO Box 53200

United States Trustee
725 South Figueroa Street

American Continental Bank
17700 Castleton Street

California State Board of Equalization
PO Box 942879

Capmark Financial Group
116 Welsh Road

Employment Development Corporation

[PROPOSED] ORDER APPROVING LIMITED USE OF CASH COLLATERAL TO PAY DEBTORS' IMMEDIATE PAST DUE BILLS RE INSURANCE, UTILITIES, VENDORS, AND US TRUSTEE FEES PURSUANT TO ORAL STIPULATIONS

Hamid Habib-Agahi

392 North Bonhill Road


Hossein Hedjazi

618 North Las Casas Avenue


IRS

PO Box 21126


LA County Tax Collector

Bankrupty Unit


Los Angeles County Tax Collector

Mark J Saladino Treasurer Tax Collector


Manijeh Habib-Agahi

392 North Bonhill Road


Mercedes-Benz Financial

PO Box 9001680


Nelly Rabadi

1575 Old House Road


**[PROPOSED] ORDER APPROVING LIMITED USE OF CASH COLLATERAL TO PAY DEBTORS' IMMEDIATE PAST DUE BILLS RE INSURANCE, UTILITIES, VENDORS, AND US TRUSTEE FEES PURSUANT TO ORAL STIPULATIONS**

Orange Grove Service, Inc.

PO Box 7398

Phoebe Chen Huang and Nelson L Huang

1223 Oakhaven Road

Signal Walnut Partnership, LP

20866 E Quail Run Drive

Wilson & Associates LLP

10940 Wilshire Blvd, Ste 1600, LA, CA 90024

**[PROPOSED] ORDER APPROVING LIMITED USE OF CASH COLLATERAL TO PAY DEBTORS' IMMEDIATE PAST DUE BILLS RE INSURANCE, UTILITIES, VENDORS, AND US TRUSTEE FEES PURSUANT TO ORAL STIPULATIONS**