1

Ori S. Blumenfeld (Bar No. 259112)
**Wilson & Associates LLP**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Phone: (310) 220-4900
Facsimile: (310) 443-4296
oblumenfeld@wilsonassocllp.com

2

3

4

Attorneys for DEBTOR

5

6

7               UNITED STATES BANKRUPCTY COURT

8                CENTRAL DISTRICT OF CALIFORNIA

9

10

| In re: | Case No.: 2:10-bk-21336-AA |
|---|---|
| ORANGE GROVE SERVICE, INC, | Chapter 11 |
| Debtor. | DEBTOR ORANGE GROVE SERVICE, INC.'S NOTICE OF MOTION AND SECOND MOTION FOR ORDER AUTHORIZING DEBTOR'S INTERIM USE OF CASH COLLATERAL PURSUANT TO TITLE 11 U.S.C §362(C)(2)(B) COMMENCING IMMEDIATELY AND CONTINUING THROUGH SEPTEMBER 2010 |

**Date: June 30, 2010**

**Time 10:00 a.m.**

**Courtroom: 1375**
**255 E. Temple Street**
**Los Angeles, CA  90012**

   Comes now ORANGE GROVE SERVICE, INC., debtor in possession, (the "Debtor"), by and through its attorney, moves the Court pursuant to 11 U.S.C. §363(c)(2) and Bankruptcy Rules 4001(b) and 9014 for an order authorizing the Debtor's interim use of

DEBTOR ORANGE GROVE SERVICE, INC.'S NOTICE OF MOTION AND SECOND MOTION FOR ORDER AUTHORIZING
DEBTOR'S INTERIM USE OF CASH COLLATERAL PURSUANT TO TITLE 11 U.S.C §362(C)(2)(B) COMMENCING
IMMEDIATELY AND CONTINUING THROUGH SEPTEMBER 2010

1

cash collateral and providing adequate protection to secured creditors Signal Walnut Partnership, LP, ("SWP") and American Continental Bank ("ACB") and as grounds therefore states as follows:

1.      Debtor filed its petition under Chapter 11 of Title 11 of the United States Code on March 25, 2010.

2.      Debtor is in the business of operating two (2) "strip" shopping centers (collectively, the "Centers"), located at 308-388 Lemon Ave., Walnut, CA 91789 ("Lemon Creek)" and 2120-2150 Alhambra, CA 91803 ("Fremont") The rental income from the commercial tenants in the Centers provides all of Debtor's income.

3.      The sole owner of Debtor is Arturo Flores. Mr. Flores is also the President of Debtor and owns 100% interest of the Debtor.  His wife Diana Flores is the Secretary of the Debtor (collectively the "Officers").  Prepetition on a regular basis, the Officers devoted over 90% of their working time to the operations and business development of the Centers and owner's draws from the Centers provide 100% of Mr. Flores' personal income. After the filing of Debtor's Chapter 11 Petition, and currently the Officers devote nearly 100% of their time to the management and business development of Debtor.  The Officers' duties are all of those typical of managing and operating a retail real estate company, including working the proposed property manager on center specific tenant and maintenance issues, general operation and negotiating terms of new leases with potential tenants, performing all tasks necessary to keep Debtor in compliance with the United States Trustee's requirements as well as those of the Bankruptcy Code and interacting with Counsel among other things matters regarding general business matters, collection of past due rent, responding to creditors correspondence and claims and developing short and long term strategic planning for Debtor's reorganization and executing those plans.

DEBTOR ORANGE GROVE SERVICE, INC.'S NOTICE OF MOTION AND SECOND MOTION FOR ORDER AUTHORIZING
DEBTOR'S INTERIM USE OF CASH COLLATERAL PURSUANT TO TITLE 11 U.S.C §362(C)(2)(B) COMMENCING
IMMEDIATELY AND CONTINUING THROUGH SEPTEMBER 2010

2

1    Mr. and Mrs. Flores' proposed salaries for their work to manage the Debtor will be paid

2    on a pro-rata basis from the net rental income (gross rents less all operating costs, real

3    estate taxes, property insurance and debt service, from the revenues generated by the

4    Centers (See the Proposed Allocation of Center Non-Specific Fees and Expenses for

5    Orange Grove Service, Inc., attached hereto as Exhibit A).  The Officers' salaries will be

6    Mr. and Mrs. Flores' sole source of personal income they need in order to pay their

7    reasonable and necessary living expenses. Mr. and Mrs. Flores have been without any

8    personal income since March 25, 2010, the date of the filing of Debtor's Chapter 11

9    Petition.  If they are not compensated for managing the Debtor's business, they will be

10    forced to seek employment elsewhere in order to pay their living expenses, including,

11    but not limited to the mortgage payment on their home and the premiums for their health

12    insurance.  This Court should consider that Mrs. Flores' has been treated for cancer and

13    if she loses her health insurance may not be able to replace her health insurance.

14    4.    SWP claims a first priority security interest in Lemon Creek.  The original

15    principal amount of Debtor's note dated December 5, 2006, to SWP was $7,080,000.

16    Debtor believes the current legitimate value of SWP's claim, before any set-offs that

17    may occur from causes of action that Debtor is preparing to bring against SWP and its

18    managing partner as adversarial actions in this case, is $7,161,450.  Debtor's proposed

19    budget, attached hereto as Exhibit B (the "Budget"), includes monthly adequate

20    protection payments to SWP as set forth below in more detail in Paragraph No. 18.

21    5.    ACB claims a first priority security interest in Fremont.  The original principal

22    amount of Debtor's note dated November 23, 2007, to ACB was $3,475,000.  Debtor

23    believes that the principal balance of ACB's loan at the time Debtor filed its Chapter 11

24    Petition was $3,388,363.

25    6.    Phoebe Chen Huang and Nelson L. Huang ("Huang") claim a second priority

26    security interest in Fremont.  The original principal amount of Debtor's note dated

27

28

DEBTOR ORANGE GROVE SERVICE, INC.'S NOTICE OF MOTION AND SECOND MOTION FOR ORDER AUTHORIZING
DEBTOR'S INTERIM USE OF CASH COLLATERAL PURSUANT TO TITLE 11 U.S.C §362(C)(2)(B) COMMENCING
IMMEDIATELY AND CONTINUING THROUGH SEPTEMBER 2010

3

1  October 14, 2009, to Huang was $275,000.  Debtor believes the current amount owed

2  Huang's is $308,000.  However, based on Debtor's belief that the value of Fremont is

3  $2,979,367, and Debtor's belief that the current balance of ACB's loan is $3,388,663

4  Huang's claim is fully unsecured.

5  7.       With regard to Fremont, the proposed budget (attached hereto as Exhibit  B, the

6  "Budget"), includes a monthly accrual in the amount of $6,240 in order to accrue

7  sufficient funds to pay the first installment of 2010 real estate taxes due in October,

8  2010, in the approximate amount of $31,198.58.  Attached hereto as Exhibit C is a copy

9  of the Property Tax Payment Inquiry from the Los Angeles County Treasurer and Tax

10  Collector's website for the tax parcels of Fremont.

11  8.       With regard to Lemon Creek, the Budget includes a monthly accrual in the

12  amount of $15,443 in order to accrue sufficient funds to pay the first installment of 2010

13  real estate taxes due in October, 2010, in the approximate amount of $77,212.52.

14  Attached hereto as Exhibit D is a copy of the Property Tax Payment Inquiry from the

15  Los Angeles County Treasurer and Tax Collector's website for the tax parcels of Lemon

16  Creek.

17  9.       Proceeds from the Centers in the form of rents and profits ("Rents") may

18  constitute cash collateral within the meaning of that term under 11 U.S.C.A. § 363 (a).

19  Debtor has no source of income from the Centers other than from the rents and

20  Common Area Maintenance charges ("CAM").

21  10.       Currently, the gross rents and CAM's for Lemon Creek are approximately

22  $65,117 per month. Gross rents and CAM's for Fremont are approximately $23,377 per

23  month.

24  11.       SWP claims rights to the Rents from Lemon Creek under an assignment of rents

25  in a note and deed of trust executed prior to the filing of the Debtor's petition.

26

27

28

DEBTOR ORANGE GROVE SERVICE, INC.'S NOTICE OF MOTION AND SECOND MOTION FOR ORDER AUTHORIZING
DEBTOR'S INTERIM USE OF CASH COLLATERAL PURSUANT TO TITLE 11 U.S.C §362(C)(2)(B) COMMENCING
IMMEDIATELY AND CONTINUING THROUGH SEPTEMBER 2010

4

12.    ACB claims rights to the Rents from Fremont under an assignment of rents in a note and deed of trust executed prior to the filing of the Debtor's petition.

13.    Huang claims rights to the Rents from Fremont under an assignment of rents in a note and deed of trust executed prior to the filing of the Debtor's petition; however Debtor believes Huang's deed of trust is fully unsecured and therefore Huang does not have any rights to rents, income and profits from Fremont.

14.    In accordance with the requirements of 11 U.S.C. § 363(c)(4) the rents and profits collected by the Debtor have been segregated into separate Debtor in possession bank accounts, one for Lemon Creek and one for Fremont.

15.    The Debtor has operated and the Officers have managed the Centers since the filing of its Chapter 11 Petition and plans to continue operating the Centers and managing the Debtor's business throughout its Chapter 11 case. On or before the end of its exclusivity period, including any extensions, Debtor will propose a Plan of Reorganization that will be feasible, fair and equitable and provide for the continued operation of Debtor's Centers.

16.    In order to pay necessary operating expenses, maintain and preserve the values of the Centers, Debtor must use cash collateral in which SWP, and ACB have an interest to pay Center specific operating expenses, administrative fees and insurance premiums in order to maintain insurance coverage for Debtor's real estate and personal property assets. In addition, Debtor proposes to use cash collateral to pay officers salaries and perquisites, pursuant to the Notice of Insider Compensation (see copy, attached hereto as Exhibit E), if approved by this Court on June 23, 2010. The Debtor proposes to use cash collateral on an interim basis until October 1, 2010.  During the period of Debtor's authorized interim use of cash collateral, Debtor shall not expend funds in excess of amounts set for in the Budget without the approval of this Court, subject to reasonable deviation, not to exceed 5%.

DEBTOR ORANGE GROVE SERVICE, INC.'S NOTICE OF MOTION AND SECOND MOTION FOR ORDER AUTHORIZING
DEBTOR'S INTERIM USE OF CASH COLLATERAL PURSUANT TO TITLE 11 U.S.C §362(C)(2)(B) COMMENCING
IMMEDIATELY AND CONTINUING THROUGH SEPTEMBER 2010

5

17.    Based on past operating reports prepared by Debtor's management company prepetition, STC Management, the proposed Budget reflects a realistic current and projected analysis of the Debtor's income and expenses through October 30, 2010. The Budget will be used as monthly operating budgets for the Centers, subject to reasonable deviations, not to exceed 5%. The Budget provides that during the period of interim use of cash collateral and cash, Debtor expects to generate total revenue from rental income and CAM generated by the Centers of $353,976, with total operating expenses of $358,891 not including payments to secured creditors, but including officer's salaries of $74,000, if approved by this Court. The Budget also provides for debt service payments to secured creditors of $92,805.

18.    SWP is over-secured in Lemon Creek. SWP is adequately protected based on the average of the values stated as "Sales Range" as set forth on page 5 of the Marketing Position and Pricing Analysis for Lemon Creek Village Walnut, CA, dated April 2, 2010, ("the MPPA LC"). Page 5 is of the MPPALC is attached hereto as Exhibit F. Debtor asks this Court to take Judicial Notice that the complete MPPALC was filed April 13, 2010, as Exhibit D, attached to Debtor Orange Grove Service, Inc.'s Notice Of Motion And Motion For Authority For Interim Use Of Cash Collateral Pursuant To Title 11 U.S.C §362(C)(2)(B) Commencing Immediately And Continuing For Seven (7) Months Or Until Confirmation Of Debtor's Plan Of Reorganization, Whichever Is Sooner. The MPPALC was prepared by Richard Longobardo, Associate Vice President Investments and Associate Director, National Retail Group (See Resume/Curriculum Vitae, attached hereto as Exhibit G), sets forth a range of values, the average of which is $8,728,710 (see Declaration of Richard Longobardo regarding Lemon Creek, attached hereto as Exhibit H), leaving equity in the amount of $1,567,260 above the estimate of the legitimate value of SWP's claim, before any set-off as referred to in Paragraph 4 above, which leaves SWP with an "equity cushion" of 17.96%. Under the

DEBTOR ORANGE GROVE SERVICE, INC.'S NOTICE OF MOTION AND SECOND MOTION FOR ORDER AUTHORIZING
DEBTOR'S INTERIM USE OF CASH COLLATERAL PURSUANT TO TITLE 11 U.S.C §362(C)(2)(B) COMMENCING
IMMEDIATELY AND CONTINUING THROUGH SEPTEMBER 2010

6

1  Budget, Debtor proposes to pay SWP monthly interest at annual rate of 3.25%, based

2  on *Till v. SCS Credit Corporation*, 541 U.S. 465 (2004) *("Till")*.  In *Till*, a Chapter 13

3  debtor's proposed debt adjustment Plan provides each allowed, secured creditor both a

4  lien securing the claim and a promise of future property disbursements whose total

5  value, as of the plan's date, "is not less than the [claim's] allowed amount," 11 U. S. C.

6  §1325(a)(5)(B)(ii).   The Plan provide for installment payments, each installment must

7  be calibrated to ensure that the creditor receives disbursements whose total present

8  value equals or exceeds that of the allowed claim. The Plan's  proposed debt

9  adjustment plan provides the amount that would be distributed to creditors each month

10  and that petitioners would pay an annual interest rate on respondent's secured claim

11  using the prime-plus formula rate proposed under *Till v. SCS Credit Corporation*, 541

12  U.S. 465 (2004) (*"Till"*). This "prime"/"prime-plus" or "formula rate" is reached by

13  augmenting the national prime rate to account for the nonpayment risk posed by a

14  particular Debtor's' financial position that includes an evaluation of the lender's "equity

15  cushion".  In this case, SWP has an equity cushion of at least over 15% and the Budget

16  proposes to pay the SWP interest at the current prime rate.  According to the Wall

17  Street Journal the Prime Rate on June 8, 2009, was 3.25%.

18  19.     The average of the sales range values is set forth in the Marketing Position and

19  Pricing Analysis for Fremont Center, Alhambra, CA, dated April 2, 2010, (the MPPA

20  Fremont"). Page 3 of the MPPA Fremont is attached hereto as Exhibit I. Debtor asks

21  this Court to take Judicial Notice that the complete MPPA Fremont was filed April 13,

22  2010, as Exhibit G, attached to Debtor Orange Grove Service, Inc.'s Notice Of Motion

23  And Motion For Authority For Interim Use Of Cash Collateral Pursuant To Title 11 U.S.C

24  §362(C)(2)(B) Commencing Immediately And Continuing For Seven (7) Months Or Until

25  Confirmation Of Debtor's Plan Of Reorganization, Whichever Is Sooner.  The MPPA

26  Fremont was prepared by Richard Longobardo, Associate Vice President Investments

27

28

DEBTOR ORANGE GROVE SERVICE, INC.'S NOTICE OF MOTION AND SECOND MOTION FOR ORDER AUTHORIZING
DEBTOR'S INTERIM USE OF CASH COLLATERAL PURSUANT TO TITLE 11 U.S.C §362(C)(2)(B) COMMENCING
IMMEDIATELY AND CONTINUING THROUGH SEPTEMBER 2010

7

1   and Associate Director, National Retail Group, is $2,979,367 (see Declaration of

2   Richard Longobardo regarding Fremont, attached hereto as Exhibit J).

3   Notwithstanding that Debtor believes that ACB's claim is partially unsecured based on

4   Debtor's belief that as of the date Debtor filed its Chapter 11 Petition the current

5   principal balance of ACB's loan was $3,388,663 and the fair market value of Fremont

6   was $2,979,367, in an effort to facilitate an agreement with ACB for final use of cash

7   collateral and the terms of the Plan of Reorganization that Debtor will prepare, Debtor

8   proposes to pay ACB monthly adequate protection payments at the current contract rate

9   of 3.5% based on what Debtor believes to be the principal balance of ACB's loan.

10   20.     Debtor believes that Huang's loan is fully unsecured in Fremont based on the

11   current average of the sales range values of $2,979,367 as set forth in the MPPA

12   Fremont, Alhambra, CA, dated April 2, 2010, and Debtor's belief that the balance of

13   ACB's loan is $3,388,663. Therefore, Debtor's Budget does not include any payments

14   to Huang.

15   21.     The reason that the value of Fremont is currently low is that the MPPA Fremont

16   uses the income approach as the basis for valuation.  Fremont has total gross leasable

17   area of 14,885 square feet, as set forth on page 4 of the MPPA Fremont.  Currently,

18   6,630 square feet are vacant as a result of three (3) tenants leaving recently.  At least

19   two (2) of these former tenants owe back rent and CAM and Debtor plans to pursue

20   collections for such rents via adversarial proceedings.  The result is that 44.54% of

21   Fremont is currently vacant.  Mr. Flores is currently working with one potential tenant

22   who may take approximately 6,200 square of the vacant space.  When Mr. Flores is

23   successful in leasing the vacant space, he anticipates that additional rental income and

24   CAM will be generated in the approximate amount of $14,000 per month.

25   22.     In order to provide adequate protection to the secured creditors for the Debtor's

26   use of cash collateral, the Debtor proposes the following:

27

28

DEBTOR ORANGE GROVE SERVICE, INC.'S NOTICE OF MOTION AND SECOND MOTION FOR ORDER AUTHORIZING
DEBTOR'S INTERIM USE OF CASH COLLATERAL PURSUANT TO TITLE 11 U.S.C §362(C)(2)(B) COMMENCING
IMMEDIATELY AND CONTINUING THROUGH SEPTEMBER 2010

A.  Debtor will continue to maintain adequate causality and liability insurance coverage on Lemon Creek and Fremont such that the properties are insured against potential losses to the limits recommended by the Debtor's insurance representative;

B.  Debtor will make monthly adequate protection and interest payments to the secured creditors as set forth in the Budget;

C.  On a weekly basis Debtor will provide the secured creditors with copies of checks received from tenants;

D.  Debtor will provide the secured creditors with copies of the Monthly Operating Reports it files in this case and with the United States Trustee's Office;

E.  Upon written request made by a secured creditor, Debtor will provide more detailed monthly operating statements;

F.  The Debtor will only expend cash collateral pursuant to the Budget subject to reasonable deviations, not to exceed a total of 5%;

G.  The Debtor will pay post petition real estate taxes when due for the year 2010; and

H.  The Debtor will maintain Lemon Creek and Fremont in good condition and repair.

23.    Due to the nature of the Debtor's business as the owner/landlord of commercial retail rental properties, it is critical to the continuation of Debtor's business that the interim use of cash collateral and cash be authorized as set forth in the Budget.

24.    Pursuant to 11 U.S.C. §552(b), based on the equities of this case, Debtor should be authorized to use cash collateral and cash from its rental income to operate its business.

DEBTOR ORANGE GROVE SERVICE, INC.'S NOTICE OF MOTION AND SECOND MOTION FOR ORDER AUTHORIZING
DEBTOR'S INTERIM USE OF CASH COLLATERAL PURSUANT TO TITLE 11 U.S.C §362(C)(2)(B) COMMENCING
IMMEDIATELY AND CONTINUING THROUGH SEPTEMBER 2010

9

25.    Approval of the Debtor's use of cash collateral and cash in accordance with this Motion and pursuant to the Budget is in the best interest of the Debtor, creditors and the estate as it will allow the Debtor to continue its business of operating the Centers.

26.    In support of this Motion is the Declaration of Arturo Flores, attached hereto as Exhibit K.

WHEREFORE, the Debtor prays that the Court make and enter an Order authorizing the Debtor's use of cash collateral in accordance with this Motion and the Budget until October 1, 2010, and authorize the Debtor to provide adequate protection to the secured creditors as set forth in such Budget and for such other and further relief as to the Court may appear proper.

DATED: June 9, 2010          WILSON & ASSOCIATES LLP

By: /s/ Ori S. Blumenfeld

Ori S. Blumenfeld

Attorney for Debtor

DEBTOR ORANGE GROVE SERVICE, INC.'S NOTICE OF MOTION AND SECOND MOTION FOR ORDER AUTHORIZING
DEBTOR'S INTERIM USE OF CASH COLLATERAL PURSUANT TO TITLE 11 U.S.C §362(C)(2)(B) COMMENCING
IMMEDIATELY AND CONTINUING THROUGH SEPTEMBER 2010

10

# EXHIBIT A

# PROPOSED ALLOCATION OF CENTER NON-SPECIFIC FEES AND EXPENSES

# PROPOSED ALLOCATION OF CENTER NON-SPECIFIC FEES AND EXPENSES FOR ORANGE GROVE SERVICE, INC.

The approximate percentages of rentable square feet in Lemon Creek Center and Fremont Center to the total rentable square feet of both centers are as follows:

Lemon Creek   -   68.97%

Fremont Center – 31.03%

The approximate percentages of gross monthly rents currently being collected for Lemon Creek Center and Fremont Center to total gross monthly rents currently being collected are as follows:

Lemon Creek   -   73.86%

Fremont Center – 26.14%

Debtor proposes to use the averages of the above for the allocation of payment of center non-specific expenses.  The averages are as follows:

Lemon Creek   -   71.41%

Fremont Center – 28.59%

# EXHIBIT B


# BUDGET

| | | Exhibit A | | | | |
|---|---|---|---|---|---|---|
| 1 | Exhibit A | | | | | |
| 2 | Lemon Creek Center | | | Budget Sources | | |
| 3 | | | | | | |
| 4 | | _Jun_ | _Jul_ | _Aug_ | _Sep_ | |
| 5 | REVENUES (SOURCES) | | | | | |
| 6 | | | | | | |
| 7 | Rent Income | | | | | |
| 8 | Retail Rent | 50,575 | 50,575 | 50,575 | 50,575 | |
| 9 | Plus: Prepaid Rent | - | - | - | - | |
| 10 | Total Rent Income | 50,575 | 50,575 | 50,575 | 50,575 | |
| 11 | | | | | | |
| 12 | Reimbursable | | | | | |
| 13 | Expense Income | | | | | |
| 14 | CAM/NNN | 14,542 | 14,542 | 14,542 | 14,542 | |
| 15 | Prior Year Recovery | - | | | | |
| 16 | Total Reimb Exp Inc. | 14,542 | 14,542 | 14,542 | 14,542 | |
| 17 | | | | | | |
| 18 | Other Revenue | | | | | |
| 19 | Late Fees | - | - | - | - | |
| 20 | NSF Fees | - | - | - | - | |
| 21 | Damages & Cleaning Fees | - | - | - | - | |
| 22 | Pay Phone Income | - | - | - | - | |
| 23 | Total Other Revenue | - | - | - | - | |
| 24 | | | | | | |
| 25 | TOTAL REVENUES (SOURCES) | 65,117 | 65,117 | 65,117 | 65,117 | |
| 26 | | | | | | |

Page 1

27 Exhibit A
28 Lemon Creek Center

**Budget Uses**

| | | _Jun_ | _Jul_ | _Aug_ | _Sep_ |
|---|---|---|---|---|---|
| 30 | | | | | |
| 31 | EXPENSES (USES) | | | | |
| 32 | CENTER-SPECIFIC EXPENSES | | | | |
| 33 | Utility Expenses | | | | |
| 34 | Electric Common Area | 1,650 | 1,650 | 1,650 | 1,650 |
| 35 | Water & Sewer Common Area | 855 | 900 | 900 | 900 |
| 36 | Trash Removal | 1,140 | 1,140 | 1,140 | 1,140 |
| 37 | Back Flow Test | - | - | 75 | - |
| 38 | Total Utility Expenses | 3,645 | 3,690 | 3,765 | 3,690 |
| 39 | Repairs & Maintenance | | | | |
| 40 | Exterior Building | | | | |
| 41 | General Repairs & Maintenance | | | | |
| 42 | Electrical-Lighting | 150 | 150 | 300 | 150 |
| 43 | Pest Control | 180 | 180 | 180 | 180 |
| 44 | R&M Contract Services | 165 | 165 | 165 | 165 |
| 45 | Total General Repairs & Maintenance | 495 | 495 | 645 | 495 |
| 46 | Total Repairs & Maintenance | 495 | 495 | 645 | 495 |
| 47 | Equipment | | | | |
| 48 | Parking Lot | | | | |
| 49 | Parking Lot Cleaning | 700 | 700 | 700 | 700 |
| 50 | Parking Lot Repairs | 75 | - | 75 | - |
| 51 | Total Parking Lot | 775 | 700 | 775 | 700 |
| 52 | Landscaping & Grounds | 700 | 700 | 700 | 700 |
| 53 | Landscape Contracting | 700 | 700 | 700 | 700 |
| 54 | Total Landscaping & Grounds | 700 | 700 | 700 | 700 |
| 55 | Management Fee | 2,500 | 2,500 | 2,500 | 2,500 |
| 56 | Property Insurance | 1,326 | 1,326 | 1,326 | 1,326 |
| 57 | Property Taxes (accrual) | 15,443 | 15,443 | 15,443 | 15,443 |
| 58 | Appraisal Fee (Estimated) | | 10,000 | | |
| 59 | Total Center-Specific Expenses | 24,884 | 34,854 | 25,154 | 24,854 |
| 60 | | | | | |
| 61 | DEBTOR'S ADMINISTRATIVE EXPENSES [Pro-rata share for Lemon Creek 71.41%] | | | | |
| 62 | Legal  ($10,500) | 7,498 | 7,498 | 7,498 | 7,498 |
| 63 | US Trustee Fees ($650/quarter) | 155 | 155 | 155 | 155 |
| 64 | Total Debtor's Administrative Expenses | 7,653 | 7,653 | 7,653 | 7,653 |
| 65 | | | | | |
| 66 | DEBTOR'S OFFICERS' SALARIES/PERKS  [Pro-rata share for Lemon Creek = 71.41%] | | | | |
| 67 | President ($14,000) | 9,997 | 9,997 | 9,997 | 9,997 |
| 68 | Secretary ($4,500) | 3,213 | 3,213 | 3,213 | 3,213 |
| 69 | Perks-President ($694) | 496 | 496 | 496 | 496 |
| 70 | Perks-Secretary ($565) | 403 | 403 | 403 | 403 |
| 71 | Auto Insurance for vehicles owned by debtor ($1,086) [Pro-rata share for Lemon Creek = 71.41%] | 776 | 776 | 776 | 776 |
| 72 | Total Debtor's Officers Salaries/Perks | 14,885 | 14,885 | 14,885 | 14,885 |
| 73 | TOTAL EXPENSES (USES) | 47,422 | 57,392 | 47,692 | 47,392 |

Page 2

74

| 75 | Exhibit A | | Budget Cash Flow | | | |
|----|-----------|---|---|---|---|---|
| 76 | Lemon Creek Center | | | | | |
| 77 | | | _Jun_ | _Jul_ | _Aug_ | _Sep_ |
| 78 | Beginning Cash Position 6/1/2010 [Est] | 137,665 | | | | |
| 79 | NET OPERATING INCOME (NOI) | | 17,695 | 7,725 | 17,425 | 17,725 |
| | Debt Service to Signal Walnut Partnership, LP | | | | | |
| 80 | (June pro-rated from 6/25 thru 6/30) | | 3,237 | 19,423 | 19,423 | 19,423 |
| 81 | NET CASH FLOW | | 14,458 | (11,697) | (1,997) | (1,697) |
| 82 | CUMULATIVE CASH FLOW | 137,665 | 152,123 | 140,426 | 138,429 | 136,731 |
| 83 | | | | | | |
| 84 | | | | | | |
| 85 | | | | | | |
| 86 | | | | | | |
| 87 | | | | | | |
| 88 | | | | | Page 3 | |

89
90  Exhibit A
91  Lemon Creek Center                                                    Budget Assumptions
92
93  Assumptions _____
94                                              Current      Total
                                                             Past Due
95  Property Tax Due 11/10                      77,212.52    77,212.52
96  Monthly Accrual over 5 months               15,443
97
98                                              Rate         Balance
99  1st Mortgage                                3.25%        7,171,450
100 Monthly Payments                            Beginning June 25th
101 Payment Date                                15th of the month
102
103
104
105
106
107
108
109
110                                                          Page 4

1  Exhibit A                                          Budget Sources
2  Fremont Center
3
| 4 | | _Jun_ | _Jul_ | _Aug_ | _Sep_ |
|---|---|---|---|---|---|
| 5 | REVENUES (SOURCES) | | | | |
| 6 | | | | | |
| 7 | Rent Income | | | | |
| 8 | Retail Rent | 20,198 | 20,198 | 20,198 | 20,198 |
| 9 | Plus: Prepaid Rent | - | - | - | - |
| 10 | Total Rent Income | 20,198 | 20,198 | 20,198 | 20,198 |
| 11 | | | | | |
| 12 | Reimbursable | | | | |
| 13 | Expense Income | | | | |
| 14 | CAM/NNN | 3,179 | 3,179 | 3,179 | 3,179 |
| 15 | Prior Year Recovery | - | - | - | - |
| 16 | Total Reimb Exp Inc. | 3,179 | 3,179 | 3,179 | 3,179 |
| 17 | | | | | |
| 18 | Other Revenue | | | | |
| 19 | Late Fees | - | - | - | - |
| 20 | NSF Fees | - | - | - | - |
| 21 | Damages & Cleaning Fees | - | - | - | - |
| 22 | Pay Phone Income | - | - | - | - |
| 23 | Total Other Revenue | - | - | - | - |
| 24 | | | | | |
| 25 | TOTAL REVENUES (SOURCES) | 23,377 | 23,377 | 23,377 | 23,377 |
| 26 | | | | | |

Page 5

27  Exhibit A
28  Fremont Center

**Budget Uses**

| | | Jun | Jul | Aug | Sep |
|---|---|---|---|---|---|
| 30 | | | | | |
| 31 | EXPENSES (USES) | | | | |
| 32 | CENTER-SPECIFIC EXPENSES | | | | |
| 33 | Utility Expenses | | | | |
| 34 | Electric Common Area | 150 | 150 | 150 | 150 |
| 35 | Water & Sewer Common Area | 425 | 425 | 425 | 425 |
| 36 | Trash Removal | 246 | 246 | 246 | 246 |
| 37 | Back Flow Test | - | - | - | - |
| 38 | Total Utility Expenses | 821 | 821 | 821 | 821 |
| 39 | Repairs & Maintenance | | | | |
| 40 | Exterior Building | | | | |
| 41 | General Repairs & Maintenance | | | | |
| 42 | Electrical-Lighting | - | - | - | - |
| 43 | Pest Control | - | - | - | - |
| 44 | R&M Contract Services | 500 | 500 | 500 | 500 |
| 45 | Total General Repairs & Maintenance | 500 | 500 | 500 | 500 |
| 46 | Total Repairs & Maintenance | 500 | 500 | 500 | 500 |
| 47 | Equipment | 168 | 168 | 168 | 168 |
| 48 | Parking Lot | | | | |
| 49 | Parking Lot Cleaning | - | - | - | - |
| 50 | Parking Lot Repairs | - | - | - | - |
| 51 | Total Parking Lot | - | - | - | - |
| 52 | Landscaping & Grounds | | | | |
| 53 | Landscape Contracting | 430 | 430 | 430 | 430 |
| 54 | Total Landscaping & Grounds | 430 | 430 | 430 | 430 |
| 55 | Management Fee | 1,000 | 1,000 | 1,000 | 1,000 |
| 56 | Property Insurance | 480 | 480 | 480 | 480 |
| 57 | Property Taxes (accrual) | 6,240 | 6,240 | 6,240 | 6,240 |
| 58 | Appraisal Fee (Estimated) | | 8,000 | | |
| 59 | Total Center-Specific Expenses | 9,639 | 17,639 | 9,639 | 9,639 |
| 60 | | | | | |
| 61 | DEBTOR'S ADMINISTRATIVE EXPENSES [Pro-rata share for Fremont 28.59%] | | | | |
| 62 | Legal  ($10,500) | 3,002 | 3,002 | 3,002 | 3,002 |
| 63 | US Trustee Fees ($650/quarter) | 62 | 62 | 62 | 62 |
| 64 | Total Debtor's Administrative Expenses | 3,064 | 3,064 | 3,064 | 3,064 |
| 65 | | | | | |
| 66 | DEBTOR'S OFFICERS' SALARIES/PERKS  [Pro-rata share for Fremont 28.59%] | | | | |
| 67 | President ($14,000) | 4,003 | 4,003 | 4,003 | 4,003 |
| 68 | Secretary ($4,500) | 1,287 | 1,287 | 1,287 | 1,287 |
| 69 | Perks-President ($694) | 198 | 198 | 198 | 198 |
| 70 | Perks-Secretary ($565) | 162 | 162 | 162 | 162 |
| 71 | Auto Insurance for vehicles owned by debtor ($1,086) [Pro-rata share for Fremont 28.59%] | 310 | 310 | 310 | 310 |
| 72 | Total Debtor's Officers Salaries/Perks | 5,960 | 5,960 | 5,960 | 5,960 |
| 73 | TOTAL EXPENSES (USES) | 18,662 | 26,662 | 18,662 | 18,662 |
| 74 | | | | | |

Page 6

| | | | Jun | Jul | Aug | Sep |
|---|---|---|---|---|---|---|
| 75 | Exhibit A | | | | | |
| 76 | Fremont Center | | | | | |
| 77 | | | | | | |
| 78 | NET OPERATING INCOME (NOI) | | 4,715 | (3,285) | 4,715 | 4,715 |
| 79 | DEBT SERVICE | | | | | |
| 80 | 1st - American Continental Bank (June pro-rated from 6/25 thru 6/30) | | 1,647 | 9,884 | 9,884 | 9,884 |
| 81 | | | | | | |
| 82 | Total Debt Service | | 1,647 | 9,884 | 9,884 | 9,884 |
| 83 | NET CASH FLOW | | 3,068 | (13,169) | (5,169) | (5,169) |
| 84 | Beginning Cash Position 6/1/2010 [Est] | 46,399 | | | | |
| 85 | CUMULATIVE CASH FLOW | 46,399 | 49,467 | 36,298 | 31,128 | 25,959 |
| 86 | | | | | | |
| 87 | | | | | | |
| 88 | | | | | | |

Budget Cash Flow

Page 7

| | | | Budget | Assumptions |
|---|---|---|---|---|
| 89 | | | | |
| 90 | Exhibit A | | | |
| 91 | Fremont Center | | | |
| 92 | | | | |
| 93 | Assumptions | | | |
| 94 | | | | |
| 95 | Property Tax Due 11/10 | | 31,199 | |
| 96 | Monthly Accrual over 5 months | | 6,240 | |
| 97 | | | | |

| | | Rate | Balance | |
|---|---|---|---|---|
| 98 | | Rate | Balance | |
| 99 | 1st Mortgage | 3.50% | 3,388,663 | |
| 100 | Monthly Payments | Beginning June 25th | | |
| 101 | Payment Date | 15th of the month | | |
| 102 | | | | |

| | | Rate | Balance | |
|---|---|---|---|---|
| 103 | | Rate | Balance | |
| | | | 308,000 - | |
| 104 | 2nd Mortgage (Huang) is fully unsecured | | unsecured | |
| 105 | No Monthly Payments Required | | | |
| 106 | | | | |
| 107 | | | | |
| 108 | | | | |
| 109 | | | | |
| 110 | | | | |

Page 8

**Exhibit A**                                                          **Combined Budget**
**Combined Property Cash Flow Summary**

|  | _Jun_ | _Jul_ | _Aug_ | _Sep_ |
|---|---|---|---|---|
| **LEMON CREEK** | | | | |
| TOTAL REVENUES (SOURCES) | 65,117 | 65,117 | 65,117 | 65,117 |
| CENTER-SPECIFIC EXPENSES | 24,884 | 34,854 | 25,154 | 24,854 |
| DEBTOR'S ADMINISTRATIVE EXPENSES (Pro-rata) | 7,653 | 7,653 | 7,653 | 7,653 |
| DEBTOR'S OFFICERS' SALARIES/PERKS (Pro-rata) | 14,885 | 14,885 | 14,885 | 14,885 |
| **TOTAL EXPENSES (USES)** | 47,422 | 57,392 | 47,692 | 47,392 |
| NET OPERATING INCOME (NOI) | 17,695 | 7,725 | 17,425 | 17,725 |
| Debt Service to Signal Walnut Partnership, LP (June pro-rate | 3,237 | 19,423 | 19,423 | 19,423 |
| **NET CASH FLOW** | **14,458** | **(11,697)** | **(1,997)** | **(1,697)** |
| Beginning Cash Position 6/1/2010 [Est] | 137,665 | | | |
| **CUMULATIVE CASH FLOW** | 137,665 | 152,123 | 140,426 | 138,429 | 136,731 |

|  | _Jun_ | _Jul_ | _Aug_ | _Sep_ |
|---|---|---|---|---|
| **FREMONT CENTER** | | | | |
| TOTAL REVENUES (SOURCES) | 23,377 | 23,377 | 23,377 | 23,377 |
| CENTER-SPECIFIC EXPENSES | 9,639 | 17,639 | 9,639 | 9,639 |
| DEBTOR'S ADMINISTRATIVE EXPENSES (Pro-rata) | 3,064 | 3,064 | 3,064 | 3,064 |
| DEBTOR'S OFFICERS' SALARIES/PERKS (Pro-rata) | 5,960 | 5,960 | 5,960 | 5,960 |
| **TOTAL EXPENSES (USES)** | 18,662 | 26,662 | 18,662 | 18,662 |
| NET OPERATING INCOME (NOI) | 4,715 | (3,285) | 4,715 | 4,715 |
| DEBT SERVICE | 1,647 | 9,884 | 9,884 | 9,884 |
| **NET CASH FLOW** | 3,068 | (13,169) | (5,169) | (5,169) |
| Beginning Cash Position 6/1/2010 [Est] | 46,399 | | | |
| **CUMULATIVE CASH FLOW** | 46,399 | 49,467 | 36,298 | 31,128 | 25,959 |

|  | _May_ | _Jun_ | _Jul_ | _Aug_ |
|---|---|---|---|---|
| **COMBINED** | | | | |
| TOTAL REVENUES (SOURCES) | 88,494 | 88,494 | 88,494 | 88,494 |
| CENTER-SPECIFIC EXPENSES | 34,522 | 52,492 | 34,792 | 34,492 |
| DEBTOR'S ADMINISTRATIVE EXPENSES | 10,717 | 10,717 | 10,717 | 10,717 |
| DEBTOR'S OFFICERS' SALARIES/PERKS | 20,845 | 20,845 | 20,845 | 20,845 |
| **TOTAL EXPENSES (USES)** | 66,084 | 84,054 | 66,354 | 66,054 |
| NET OPERATING INCOME (NOI) | 22,410 | 4,440 | 22,140 | 22,440 |
| TOTAL DEBT SERVICE | 4,884 | 29,307 | 29,307 | 29,307 |
| **NET CASH FLOW** | 17,526 | (24,867) | (7,167) | (6,867) |
| Beginning Cash Position 6/1/2010 [Est] | 184,064 | - | - | - | - |
| **CUMULATIVE CASH FLOW** | 184,064 | 201,590 | 176,724 | 169,557 | 162,690 |

# EXHIBIT C

# PROPERTY TAX PAYMENT INQUIRY FROM THE LOS ANGELES COUNTY TREASURE AND TAX COLLECTOR'S WEBSITE

# FREMONT

lacounty.gov

Los Angeles County
**Treasurer and Tax Collector**

## Property Tax Payment Inquiry

### Last updated Monday April 12, 2010

Assessor ID Number: 5353-024-023    Year: 09    Seq. No.: 000

**ELECTRONIC FUND TRANSFER (EFT) NUMBER**
ID#: 19 5353 024 023 4    YEAR: 09    SEQUENCE: 000 1

| Installment 1 | | Installment 2 | |
|---|---|---|---|
| Tax Amount | $31,198.58 | Tax Amount | $31,198.58 |
| Penalty Amount | $3,119.85 | Pen/Cost Amount | $0.00 |
| Total Due | $34,318.43 | Total Due | $31,198.58 |
| Paid Amount | $0.00 | Paid Amount | $0.00 |
| Balance Due | $34,318.43 | Balance Due | $31,198.58 |
| Delinquent If Not Paid By | 12/10/2009 | Delinquent If Not Paid By | 04/12/2010 |

**Message:**
Pursuant to California Revenue and Taxation Code 2503.2, the County of Los Angeles Tax Collector requires any taxpayer or paying agent paying a secured property tax in the aggregate amount of $25,000 or greater per installment (annual total of $50,000) to pay all secured property taxes through our mandatory Electronic Funds Transfer (EFT) Program. Because the subject parcel(s) meets the $25,000 per installment threshold, you may not use this online payment option and must pay through our EFT Program. Pre-registration for the EFT Program is required. For more information, please e-mail us at eft@ttc.lacounty.gov or call 213-974-0996. Please be advised that failure to pay by the deadline will result in assessment of late penalties. If you need to make an immediate payment, please call 213-974-0996 for assistance.

## Defaulted Tax Roll

### Last updated Monday April 12, 2010

| | | | |
|---|---|---|---|
| AIN Number | 5353-024-023 | 5-Pay Account Number | |
| Default Year | 2009 | 5-Pay Status | |
| Redemption Amount | $75,389.53 | 5-Pay Installment Amount Due | |
| Monthly Penalty Amount | $904.37 | 5-Pay Due Date | |
| Amount Paid | $0.00 | 5-Pay Installment Paid | |
| Last Payment Date | | | |

**Message:**
STATE LAW REQUIRES THAT WE APPLY PAYMENTS TO COSTS, PENALTIES AND THE BALANCE TO TAXES. IF YOU HAVE QUESTIONS, PLEASE CALL US TOLL-FREE AT (888) 807-2111.

Tax Status: **TAX DEFAULTED**

[ Select Another Parcel ]

For telephone inquiries visit us at tto.lacounty.gov for a list of telephone numbers.
Our business hours are 8:00 a.m. to 5:00 p.m. (Pacific), Monday through Friday, excluding Los Angeles County holidays.
Our office is located on the first floor at the Kenneth Hahn Hall of Administration, 225 North Hill Street, Los Angeles, CA 90012.

Terms of Use  |  Privacy & Security Policy

©2002-2008 Los Angeles County Treasurer and Tax Collector. All Rights Reserved.

# EXHIBIT D

# PROPERTY TAX PAYMENT INQUIRY FROM THE LOS ANGELES COUNTY TREASURE AND TAX COLLECTOR'S WEBSITE

# LEMON CREEK

Property Tax Payment Inquiry            Page 1 of 1
Case 2:10-bk-21336-AA    Doc 104    Filed 06/09/10    Entered 06/09/10 23:17:21    Desc
Main Document      Page 26 of 60



Los Angeles County
**Treasurer and Tax Collector**

---

### Property Tax Payment Inquiry

**Last updated Monday April 12, 2010**

Assessor ID Number: 8720-001-018     Year: 09     Seq. No.: 000

**ELECTRONIC FUND TRANSFER (EFT) NUMBER**
ID#: 19 8720 001 018 9    YEAR: 09    SEQUENCE: 000 1

| Installment 1 | | Installment 2 | |
|---|---|---|---|
| Tax Amount | $14,636.49 | Tax Amount | $14,636.49 |
| Penalty Amount | $0.00 | Pen/Cost Amount | $0.00 |
| Total Due | $14,636.49 | Total Due | $14,636.49 |
| Paid Amount | $14,636.49 | Paid Amount | $0.00 |
| Balance Due | $0.00 | Balance Due | $14,636.49 |
| Delinquent If Not Paid By | | Delinquent If Not Paid By | 04/12/2010 |

Message:

---

## Defaulted Tax Roll

**Last updated Monday April 12, 2010**

| | | | |
|---|---|---|---|
| AIN Number | 8720-001-018 | 5-Pay Account Number | |
| Default Year | 2009 | 5-Pay Status | |
| Redemption Amount | $0.00 | 5-Pay Installment Amount Due | |
| Monthly Penalty Amount | $0.00 | 5-Pay Due Date | |
| Amount Paid | $33,851.26 | 5-Pay Installment Paid | |
| Last Payment Date | 12/10/2009 | | |

Message:
STATE LAW REQUIRES THAT WE APPLY PAYMENTS TO COSTS, PENALTIES AND THE BALANCE TO TAXES. IF YOU HAVE
QUESTIONS, PLEASE CALL US TOLL-FREE AT (888) 807-2111.

**Tax Status: CURRENT**

[ Select Another Parcel ]

For telephone inquiries visit us at tto.lacounty.gov for a list of telephone numbers.
Our business hours are 8:00 a.m. to 5:00 p.m. (Pacific), Monday through Friday, excluding Los Angeles County holidays.
Our office is located on the first floor at the Kenneth Hahn Hall of Administration, 225 North Hill Street, Los Angeles, CA 90012.

Terms of Use  |  Privacy & Security Policy

©2002-2008 Los Angeles County Treasurer and Tax Collector. All Rights Reserved.



**Los Angeles County**
## Treasurer and Tax Collector

| Property Tax Payment Inquiry |
|---|

### Last updated Monday April 12, 2010

Assessor ID Number: 8720-001-021   Year: 09   Seq. No.: 000

**ELECTRONIC FUND TRANSFER (EFT) NUMBER**
ID#: 19 8720 001 021 4   YEAR: 09   SEQUENCE: 000 1

| Installment 1 | | Installment 2 | |
|---|---|---|---|
| Tax Amount | $30,132.88 | Tax Amount | $30,132.87 |
| Penalty Amount | $0.00 | Pen/Cost Amount | $0.00 |
| Total Due | $30,132.88 | Total Due | $30,132.87 |
| Paid Amount | $30,132.88 | Paid Amount | $0.00 |
| Balance Due | $0.00 | Balance Due | $30,132.87 |
| Delinquent If Not Paid By | | Delinquent If Not Paid By | 04/12/2010 |

**Message:**
Pursuant to California Revenue and Taxation Code 2503.2, the County of Los Angeles Tax Collector requires any taxpayer or paying agent paying a secured property tax in the aggregate amount of $25,000 or greater per installment (annual total of $50,000) to pay all secured property taxes through our mandatory Electronic Funds Transfer (EFT) Program. Because the subject parcel(s) meets the $25,000 per installment threshold, you may not use this online payment option and must pay through our EFT Program. Pre-registration for the EFT Program is required. For more information, please e-mail us at eft@ttc.lacounty.gov or call 213-974-0996. Please be advised that failure to pay by the deadline will result in assessment of late penalties. If you need to make an immediate payment, please call 213-974-0996 for assistance.

## Defaulted Tax Roll

### Last updated Monday April 12, 2010

| | | | |
|---|---|---|---|
| AIN Number | 8720-001-021 | 5-Pay Account Number | |
| Default Year | 2009 | 5-Pay Status | |
| Redemption Amount | $0.00 | 5-Pay Installment Amount Due | |
| Monthly Penalty Amount | $0.00 | 5-Pay Due Date | |
| Amount Paid | $69,677.85 | 5-Pay Installment Paid | |
| Last Payment Date | 12/10/2009 | | |

**Message:**
STATE LAW REQUIRES THAT WE APPLY PAYMENTS TO COSTS, PENALTIES AND THE BALANCE TO TAXES. IF YOU HAVE QUESTIONS, PLEASE CALL US TOLL-FREE AT (888) 807-2111.

### Tax Status: CURRENT

Select Another Parcel

For telephone inquiries visit us at ttc.lacounty.gov for a list of telephone numbers.
Our business hours are 8:00 a.m. to 5:00 p.m. (Pacific), Monday through Friday, excluding Los Angeles County holidays.
Our office is located on the first floor at the Kenneth Hahn Hall of Administration, 225 North Hill Street, Los Angeles, CA 90012.

Terms of Use  |  Privacy & Security Policy

©2002-2008 Los Angeles County Treasurer and Tax Collector. All Rights Reserved.



Los Angeles County
**Treasurer and Tax Collector**

---

### Property Tax Payment Inquiry

**Last updated Monday April 12, 2010**

Assessor ID Number: 8720-001-031    **Year:** 09    Seq. No.: 000

**ELECTRONIC FUND TRANSFER (EFT) NUMBER**
ID#: 19 8720 001 031 2    **YEAR:** 09    SEQUENCE: 000 1

| Installment 1 | | Installment 2 | |
|---|---|---|---|
| Tax Amount | $15,421.87 | Tax Amount | $15,421.86 |
| Penalty Amount | $0.00 | Pen/Cost Amount | $0.00 |
| Total Due | $15,421.87 | Total Due | $15,421.86 |
| Paid Amount | $15,421.87 | Paid Amount | $0.00 |
| Balance Due | $0.00 | Balance Due | $15,421.86 |
| Delinquent If Not Paid By | | Delinquent If Not Paid By | 04/12/2010 |

**Message:**

---

## Defaulted Tax Roll

**Last updated Monday April 12, 2010**

| AIN Number | 8720-001-031 | 5-Pay Account Number | |
|---|---|---|---|
| Default Year | 2009 | 5-Pay Status | |
| Redemption Amount | $0.00 | 5-Pay Installment Amount Due | |
| Monthly Penalty Amount | $0.00 | 5-Pay Due Date | |
| Amount Paid | $27,457.87 | 5-Pay Installment Paid | |
| Last Payment Date | 12/10/2009 | | |

**Message:**
STATE LAW REQUIRES THAT WE APPLY PAYMENTS TO COSTS, PENALTIES AND THE BALANCE TO TAXES. IF YOU HAVE
QUESTIONS, PLEASE CALL US TOLL-FREE AT (888) 807-2111.

**Tax Status: CURRENT**

[ Select Another Parcel ]

For telephone inquiries visit us at ttc.lacounty.gov for a list of telephone numbers.
Our business hours are 8:00 a.m. to 5:00 p.m. (Pacific), Monday through Friday, excluding Los Angeles County holidays.
Our office is located on the first floor at the Kenneth Hahn Hall of Administration, 225 North Hill Street, Los Angeles, CA 90012.

Terms of Use  |  Privacy & Security Policy

©2002-2008 Los Angeles County Treasurer and Tax Collector. All Rights Reserved.



Los Angeles County
**Treasurer and Tax Collector**

---

**Property Tax Payment Inquiry**

### Last updated Monday April 12, 2010

Assessor ID Number: 8720-001-032    Year: 09    Seq. No.: 000

**ELECTRONIC FUND TRANSFER (EFT) NUMBER**
ID#: 19 8720 001 032 1    YEAR: 09    SEQUENCE: 000 1

| Installment 1 | | Installment 2 | |
|---|---|---|---|
| Tax Amount | $17,021.30 | Tax Amount | $17,021.30 |
| Penalty Amount | $0.00 | Pen/Cost Amount | $0.00 |
| Total Due | $17,021.30 | Total Due | $17,021.30 |
| Paid Amount | $17,021.30 | Paid Amount | $0.00 |
| Balance Due | $0.00 | Balance Due | $17,021.30 |
| Delinquent If Not Paid By | | Delinquent If Not Paid By | 04/12/2010 |

**Message:**

---

# Defaulted Tax Roll

### Last updated Monday April 12, 2010

| AIN Number | 8720-001-032 | 5-Pay Account Number | |
|---|---|---|---|
| Default Year | 2009 | 5-Pay Status | |
| Redemption Amount | $0.00 | 5-Pay Installment Amount Due | |
| Monthly Penalty Amount | $0.00 | 5-Pay Due Date | |
| Amount Paid | $31,954.69 | 5-Pay Installment Paid | |
| Last Payment Date | 12/10/2009 | | |

**Message:**
STATE LAW REQUIRES THAT WE APPLY PAYMENTS TO COSTS, PENALTIES AND THE BALANCE TO TAXES. IF YOU HAVE
QUESTIONS, PLEASE CALL US TOLL-FREE AT (888) 807-2111.

**Tax Status: CURRENT**

Select Another Parcel

For telephone inquiries visit us at ttc.lacounty.gov for a list of telephone numbers.
Our business hours are 8:00 a.m. to 5:00 p.m. (Pacific), Monday through Friday, excluding Los Angeles County holidays.
Our office is located on the first floor at the Kenneth Hahn Hall of Administration, 225 North Hill Street, Los Angeles, CA 90012.

Terms of Use  |  Privacy & Security Policy

©2002-2008 Los Angeles County Treasurer and Tax Collector. All Rights Reserved.

# EXHIBIT E

# NOTICE OF INSIDER COMPENSATION

Ori S. Blumenfeld (Bar No. 259112)
**Wilson & Associates LLP**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90401
Phone: (310) 220-4900
Facsimile: (310) 443-4296
oblumenfeld@wilsonassocllp.com

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Orange Grove Services, Inc.<br><br><div align="right">Debtor(s)</div> | Chapter 11 Case Number<br><br>2:10-bk-21336-AA |
|---|---|

#### NOTICE OF SETTING INSIDER COMPENSATION

| | |
|---|---|
| 1.  Name of Insiders: | Arturo Flores and Diana Flores |
| 2.  Relationship to Debtor (i.e. owner, partner, officer, director, shareholder). | Arturo Flores is the sole stockholder, owner and President.<br><br>Diana Flores is the Secretary and is the wife of Mr. Flores. |
| 3.  Date when relationship with Debtor commenced: | From the time Debtor was formed in October 1979. |
| 4.  Position Title | Arturo Flores – President<br><br>Diana Flores – Secretary |
| 5.  Position Description: | Arturo Flores – manages and oversees all day to day operations of two shopping centers owned by Debtor, Lemon Creek Center and Fremont Center (collectively, the "Centers"), including but not limited to handling all tenant issues, trying to find new tenants to lease vacant spaces, managing the process of repairs and improvements, managing, planning and coordinating with the Secretary and Debtor's Counsel the reorganization process and assisting with the preparation and review of documents and filings related to the Debtor's Chapter 11. Mr. Flores is responsible for all aspects of the operations of both Centers.<br><br>Diana Flores – manages collection of rents and CAM, organizes operating expenses, organizes and maintains Debtor's documents and files, assists Mr. Flores as needed. |
| 6.  Assigned Duties: | See No. 5 above. |
| 7.  Date employed in current position: | Arturo Flores and Diana Flores since the acquisition of the Centers. |
| 8.  If previously employed by Debtor within past two years in a different position, state position(s) and date(s). | Arturo Flores an Diana Flores performed essentially the same functions prior to the filing of Debtor's Chapter 11 Petition; however, much of what they did was to coordinate with the management company. In addition, they worked to reduce the vacancies in the Centers. |
| 9.  Number of hours worked per week: | |
| 10.  Total amount of compensation and payment interval: | |

INSIDER COMPENSATION (Page 1 of 2)

| | |
|---|---|
| 11.  Breakdown of compensation (specify amount and payment interval). | |
| Salary: | Arturo Flores - $14,000 - Monthly<br>Diana Flores - $ 4,500 - Monthly |
| Perquisites (total, detail below): | |
| Car Allowance: | Arturo – $694/ month based on 80% use for Debtor<br>Diana - $565/month based on 50% use for Debtor |
| Medical Insurance: | |
| Life Insurance: | |
| Business Expenses: | |
| Other (Specify): | |
| 12.  Identify the source of the funds to be used to pay compensations specified in No. 10: | Rents from the Centers |
| 13.  Date and amount of last increase in compensation: | N/A |
| 14.  Identify any creditor who asserts a security interest (whether or not Debtor disputes the validity thereof) in the receipts generated by the operation of the Debtor's business and the amount of its claim: | Signal Walnut, LP – Lemon Creek<br>American Continental Bank – Fremont<br>American Continental Bank |
| 15.  Specify all compensations, perquisites, loans, benefits etc. received by insider from the Debtor during the twelve month period immediately preceding the filing of the Chapter 11 Petition (Attach W-2, 1099, Individual Payroll Cards and other related forms): | |
| Compensation: | $193,136 |
| Loans: | |
| Perquisites (Specify): | $50,838 |

I declare under penalty of perjury that the answers contained in the foregoing Notice are true and correct.

Dated:  5 – 11 – 2010

ARTURO FLORES PRESIDENT
_____
Print Name and Title of Authorized Agent for Debtor

_____
Signature of Authorized Agent for Debtor

# EXHIBIT F

# PAGE 5 OF THE MPPA

# LEMON CREEK

# LEMON CREEK VILLAGE
WALNUT, CA

## Pricing (A) - Current

### SALES RANGE

| | | | | | | |
|---|---|---|---|---|---|---|
| Price | | $9,223,829 | | $8,710,682 | | $8,251,621 |
| Down Payment | 40% | $3,689,532 | 40% | $3,484,273 | 40% | $3,300,648 |
| First Trust Deed/Mortgage | | $5,534,297 | | $5,226,409 | | $4,950,973 |
| Interest Rate/Amortization | | 7.0% / 30 Yrs. | | 7.0% / 30 Yrs. | | 7.0% / 30 Yrs. |
| NET OPERATING INCOME | | $626,298 | | $626,298 | | $626,298 |

**CASH FLOW ANALYSIS**

| | | | |
|---|---|---|---|
| Debt Service | (441,838) | (417,257) | (395,267) |
| Debt Coverage Ratio | 1.42 | 1.50 | 1.58 |
| Net Cash Flow After Debt Service | $184,460 | $209,041 | $231,031 |
| Return % | 5.00% | 6.00% | 7.00% |
| Principal Reduction | 56,218 | 53,090 | 50,292 |
| Total Return | $240,678 | $262,131 | $281,323 |
| Total Return % | 6.52% | 7.52% | 8.52% |

**VALUE INDICATORS**

| | | | |
|---|---|---|---|
| CAP Rate | 6.79% | 7.19% | 7.59% |
| Price/SF | $290.12 | $273.98 | $259.54 |

PRICING & FINANCIAL ANALYSIS

This information has been secured from sources we believe to be reliable, but we make no representations or warranties, expressed or implied, as to the accuracy of the information. References to square footage or age are approximate. Buyer must verify the information and bears all risk for any inaccuracies. Marcus & Millichap Real Estate Investment Services is a service mark of Marcus & Millichap Real Estate Investment Services, Inc. © 2010 Marcus & Millichap

**Marcus & Millichap**
Real Estate Investment Services

# EXHIBIT G

# RESUME AND CIRRICULUM VITAE OF RICHARD G. LONGOBARDO

BROKERAGE ACCOMPLISHMENTS



RICHARD G. LONGOBARDO

Marcus & Millichap
Real Estate Investment Brokerage Company

RICHARD G. LONGOBARDO

**BROKERAGE ACCOMPLISHMENTS**

## Professional Qualifications

### Richard G. Longobardo
**Associate Vice President Investments,
National Retail Group**



**BROKERAGE SPECIALIZATION**

Mr. Longobardo advises and represents buyers and sellers of investment real estate specializing in the San Gabriel Valley and the Western Inland Empire since 1997. His area of expertise is in shopping centers, single tenant Net Net Net properties, and office buildings. He represents a variety of client types which includes private and individual investors, regional syndicators, family trusts, corporations, developers, financial institutions, domestic and international investors. For over 30 years, Mr. Longobardo has provided consultation and real estate guidance to his clients.

**EXPERIENCE / PROFESSIONAL HISTORY**

Mr. Longobardo has closed in excess of $200 million dollars in retail and office investment properties. He began his career with Marcus & Millichap in 1997 in the Ontario office.

**SALES ACHIEVEMENTS / AWARDS**

For his outstanding sales performance, Mr. Longobardo has been awarded Marcus & Millichap's Sales Recognition Award in 2001, 2003, 2004, 2005 and 2008. He is one of the founding members of the Marcus & Millichap National Retail Group recognized for his knowledge and brokerage achievements. He was promoted to Associate in 2001, Senior Associate in 2003, and Associate Vice President Investments in 2008.

**EDUCATION**

Bachelor of Science Degree in Business Administration (1970) from the University of Southern California

Real Estate Broker State of California (1978)

Certified Property Manager, National Association of Realtors

Graduate Studies in Real Estate at the University of Southern California and the University of California at Los Angeles (1971 to Present)

**PROFESSIONAL AFFILIATIONS**

Member, International Council of Shopping Centers

Marcus & Millichap National Retail Group

**VALUE PROPOSITION**

Mr. Longobardo has over thirty years of investment real estate brokerage experience with twelve years associated with Marcus & Millichap. Mr. Longobardo has achieved an average of 97% of the Seller's asking price. Over 50% of his business comes from existing clients and their referrals.

This information has been secured from sources we believe to be reliable, but we make no representations or warranties, expressed or implied, as to the accuracy of the information. References to square footage or age are approximate. Buyer must verify the information and bears all risk for any inaccuracies. Marcus & Millichap Real Estate Investment Services is a service ma Millichap Real Estate Investment Services, Inc. © 2010 Marcus & Millichap



Real Estate Investment Brokerage Company

## RICHARD G. LONGOBARDO

## NRG Ranking for 2008 thru Decmber

**Marcus &Millichap**

NATIONAL RETAIL GROUP

### Memorandum

| | |
|---|---|
| To | National Retail Group / Net Leased Properties Group |
| From | Bernard J. Haddigan |
| Subject | Multi-Tenant Top 30 Rankings for 2008 thru December |
| Date | January 22, 2009 |

Congratulations to the Top 30 Multi-Tenant Retail Professionals companywide for Calendar Year 2008:

| RANK | NAME | OFFICE |
|---|---|---|
| 1 | Alvin Mansour | San Diego |
| 2 | Lori Schneider | Ft. Lauderdale |
| 3 | Scott Hook | Newport Beach |
| 4 | Evan Halkias | Chicago Downtown |
| 5 | Brandon Michaels | Encino |
| 6 | Jerry Goldstein | Houston |
| 7 | Joe Compagno | Phoenix |
| **8** | **Richard Longobardo** | **Ontario** |
| 9 | Michael Zimmerman | Ft. Lauderdale |
| 10 | Jason Ladner | Milwaukee |
| 11 | Paul Bitonti | Newport Beach |
| 12 | Barry Wolfe | Ft. Lauderdale |
| 13 | Jack Holly | Orlando |
| 14 | Don Stringham | Houston |
| 15 | Stephen Stein | Los Angeles |
| 16 | Michael Woolbright | Newport Beach |
| 17 | Sanford Burstyn | Phoenix |
| 18 | Chad Knibbe | San Antonio |
| 19 | Christopher Sands | Encino |
| 20 | Seth Pollack | New Jersey |
| 21 | Jason Vitorino | Dallas |
| 22 | Tim Giambrone | Atlanta |
| 23 | Nicholas Ledvora | Orlando |
| 24 | David Wells | Tampa |
| 25 | Erin Wiles-Patton | Columbus |
| 26 | Scott Wiles | Cleveland |
| 27 | Jamie Medress | Phoenix |
| 28 | Philip Levy | Dallas |
| 29 | Dino Christophilis | Seattle |
| Tie 30 | Drew Kristol | Miami |
| Tie 30 | Kirk Olson | Miami |

This information has been secured from sources we believe to be reliable, but we make no representations or warranties, expressed or implied, as to the accuracy of the information. References to square footage or age are approximate. Buyer must verify the information and bears all risk for any inaccuracies. Marcus & Millichap Real Estate Investment Services is a service ma Millichap Real Estate Investment Services, Inc. © 2010 Marcus & Millichap

**Marcus & Millichap**
Real Estate Investment Brokerage Company

BROKERAGE ACCOMPLISHMENTS

RICHARD G. LONGOBARDO

## NRG Ranking for 2008 thru September

## Marcus & Millichap
### NATIONAL RETAIL GROUP

## Memorandum

| | |
|---|---|
| **To** | National Retail Group / Net Leased Properties Group |
| **From** | Bernard J. Haddigan |
| **Subject** | Multi-Tenant Top 30 Rankings for 2008 thru September 30th |
| **Date** | October 29, 2008 |

Congratulations to the **Top 30 Multi-Tenant Retail Professionals** companywide for Calendar 2008 thru September!

| RANK | NAME | OFFICE |
|---|---|---|
| 1 | Alvin Mansour | San Diego |
| 2 | John Riser | Indianapolis |
| 3 | Lori Schneider | Ft. Lauderdale |
| 4 | Evan Halkias | Chicago Downtown |
| 5 | Richard Longobardo | Ontario |
| 6 | Joe Compagno | Phoenix |
| 7 | Paul Bitonti | Newport Beach |
| 8 | Barry Wolfe | Ft. Lauderdale |
| 9 | Michael Zimmerman | Ft. Lauderdale |
| 10 | Jack Holly | Orlando |
| 11 | Jason Ladner | Milwaukee |
| 12 | Stephen Stein | Los Angeles |
| 13 | Jerry Goldstein | Houston |
| 14 | Michael Woolbright | Newport Beach |
| 15 | Sanford Burstyn | |
| 16 | Chad Knibbe | San Antonio |
| 17 | Seth Pollack | New Jersey |
| 18 | David Wells | Tampa |
| 19 | Jason Vitorino | Dallas |
| 20 | Nicholas Ledvora | Orlando |
| 21 | Don Stringham | Houston |
| 22 | Dino Christophilis | Seattle |
| 23 | Al Taf | Atlanta |
| 24 | Christopher Sands | Encino |
| 25 | Philip Levy | Dallas |
| 26 | Kirk Trammell | Palo Alto |
| 27 | Jamie Medress | Phoenix |
| 28 | Steve Julius | Phoenix |
| 29 | Peter Ioannou | West Los Angeles |
| 30 | Brandon Michaels | Encino |

This information has been secured from sources we believe to be reliable, but we make no representations or warranties, expressed or implied, as to the accuracy of the information. References to square footage or age are approximate. Buyer must verify the information and bears all risk for any inaccuracies. Marcus & Millichap Real Estate Investment Services is a service m Millichap Real Estate Investment Services, Inc. ©2010 Marcus & Millichap

## Marcus & Millichap
Real Estate Investment Brokerage Company

**BROKERAGE ACCOMPLISHMENTS**

# RICHARD G. LONGOBARDO

## Recent Closings

### Richard Longobardo
**Associate Vice President Investments,**
**National Retail Group**

BELOW IS A PARTIAL LIST OF PROPERTIES REPRESENTED BY RICHARD LONGOBARDO

| Property Type | City/State COE | List Price | Sales Price | List vs. Sales Price | Days on Market | Property Photo |
|---|---|---|---|---|---|---|
| Mixed Use | Pasadena/Eagle Rock, CA 7/13/98 | $795,000 | $770,000 | 97% | 28 | |
| Shopping Neighborhood | Covina, CA 11/30/1998 | $4,500,000 | $4,050,000 | 90% | | |
| Shopping Strip | Glendora, CA 05/12/99 | $899,000 | $872,000 | 97% | 11 | |
| Multi-Family 14 Units | El Monte, CA 07/28/00 | $593,750 | $480,000 | 81% | 64 | |
| Shopping Strip | Lake Elsinore, CA 09/18/00 | $760,000 | $700,000 | 92% | 32 | |
| Shopping Strip | Glendora, CA 09/18/00 | $660,000 | $660,000 | 100% | 46 | |
| Shopping Neighborhood | Moreno Valley, CA 11/30/00 | $27,250,000 | $24,400,000 | 90% | 37 | |
| Shopping Neighborhood | San Dimas, CA 03/22/01 | $3,300,000 | $3,150,000 | 95% | 69 | |
| Shopping Strip | San Gabriel, CA 04/19/01 | $3,890,000 | $3,485,000 | 90% | 19 | |
| Shopping Strip | Glendora, CA 7/12/01 | $2,900,000 | $2,800,000 | 97% | 10 | |
| Shopping Neighborhood | West Covina, CA 04/03/02 | $6,375,000 | $5,870,000 | 92% | 100 | |

This information has been secured from sources we believe to be reliable, but we make no representations or warranties, expressed or implied, as to the accuracy of the information. References to square footage or age are approximate. Buyer must verify the information and bears all risk for any inaccuracies. Marcus & Millichap Real Estate Investment Services is a service mar Millichap Real Estate Investment Services, Inc. © 2010 Marcus & Millichap



**Marcus & Millichap**
Real Estate Investment Brokerage Company

**BROKERAGE ACCOMPLISHMENTS**

**RICHARD G. LONGOBARDO**

## Recent Closings (Continued)

### Richard Longobardo

**Associate Vice President Investments,**

**National Retail Group**

BELOW IS A PARTIAL LIST OF PROPERTIES REPRESENTED BY RICHARD LONGOBARDO

| Property Type | City/State COE | List Price | Sales Price | List vs. Sales Price | Days on Market | Property Photo |
|---|---|---|---|---|---|---|
| Shopping Neighborhood | Jacksonville, FL 08/09/02 | $3,200,000 | $3,035,000 | 95% | 41 | |
| Shopping Strip | Ontario, CA 08/20/02 | $1,760,000 | $1,760,000 | 100% | 160 | |
| Single-Tenant Net-Leased | Rialto, CA 05/15/03 | $1,426,000 | $1,270,000 | 89% | 74 | |
| Shopping Neighborhood | Lodi, CA 06/25/03 | $7,900,000 | $7,300,000 | 92% | 54 | |
| Retail Vacant/User | Glendora, CA 10/23/03 | $4,230,000 | $4,260,000 | 101% | 14 | |
| Shopping Strip | Glendora, CA 10/24/03 | $975,000 | $975,000 | 100% | 18 | |
| Shopping Community | Rancho Cucamonga, CA 09/09/04 | $2,880,000 | $2,981,000 | 104% | 65 | |
| Retail Vacant/User | La Verne, CA 9/27/04 | $7,060,000 | $7,245,000 | 103% | 68 | |
| Single-Tenant Net-Leased | Lubbock, TX 09/30/04 | $785,000 | $785,000 | 100% | 49 | |
| Shopping Strip | Covina, CA 02/10/05 | $5,550,000 | $5,450,000 | 98% | 135 | |
| Shopping Strip | Rialto, CA 02/11/05 | $1,000,000 | $1,000,000 | 100% | 37 | |

This information has been secured from sources we believe to be reliable, but we make no representations or warranties, expressed or implied, as to the accuracy of the information. References to square footage or age are approximate. Buyer must verify the information and bears all risk for any inaccuracies. Marcus & Millichap Real Estate Investment Services is a service mark Millichap Real Estate Investment Services, Inc. © 2010 Marcus & Millichap



Real Estate Investment Brokerage Company

**BROKERAGE ACCOMPLISHMENTS**

RICHARD G. LONGOBARDO

**BROKERAGE ACCOMPLISHMENTS**

## Recent Closings (Continued)

### Richard Longobardo
**Associate Vice President Investments,**
**National Retail Group**

BELOW IS A PARTIAL LIST OF PROPERTIES REPRESENTED BY RICHARD LONGOBARDO

| Property Type | City/State COE | List Price | Sales Price | List vs. Sales Price | Days on Market | Property Photo |
|---|---|---|---|---|---|---|
| Shopping Strip | Sun Valley, CA 06/26/2009 | $1,200,000 | $1,150,000 | 96% | 81 | |
| Single Tenant | Santa Ana, CA 7/15/2009 | $1,665,000 | $1,650,000 | 99% | 82 | |
| Office Building | West Covina, CA 4/13/2010 | $998,000 | $915,000 | 92% | 0 | |
| Total Averages | | $3,793,591 | $3,646,437 | 97% | 52.3 | |

This information has been secured from sources we believe to be reliable, but we make no representations or warranties, expressed or implied, as to the accuracy of the information. References to square footage or age are approximate. Buyer must verify the information and bears all risk for any inaccuracies. Marcus & Millichap Real Estate Investment Services is a service mar Millichap Real Estate Investment Services, Inc. ©2010 Marcus & Millichap

**Marcus & Millichap**
Real Estate Investment Brokerage Company

## Active Listings

### Richard Longobardo
**Associate Vice President Investments,**

**National Retail Group**

BELOW IS A PARTIAL LIST OF PROPERTIES REPRESENTED BY RICHARD LONGOBARDO

| Property Type | City/State | List Price | Property Photo |
|---|---|---|---|
| Net Leased Restaurant | Mira Loma, CA | $3,144,000 | |
| Office Building | Whittier, CA | $2,488,000 | |

**BROKERAGE ACCOMPLISHMENTS**



This information has been secured from sources we believe to be reliable, but we make no representations or warranties, expressed or implied, as to the accuracy of the information. References to square footage or age are approximate. Buyer must verify the information and bears all risk for any inaccuracies. Marcus & Millichap Real Estate Investment Services is a service ma
Millichap Real Estate Investment Services, Inc. © 2010 Marcus & Millichap



**Marcus & Millichap**

Real Estate Investment Brokerage Company

RICHARD G. LONGOBARDO

**BROKERAGE ACCOMPLISHMENTS**

## Client References

### Richard Longobardo
**Associate Vice President Investments,**
**National Retail Group**

BELOW IS A PARTIAL LIST OF CLIENT REFERENCES

Goldrich & Kest
**Michael Kest**
Owner                                                          (310) 204-2050

SC Management Company
**Bill Mehrens**
President                                                      (281) 537-9066

Combined Properties
**Ronald S. Haft**
Chairman & CEO                                                 (310) 205-9619

Lamar Companies
**Larry Lang**
Executive Vice President                                       (303) 904-1122

Starpoint Properties, LLC
**Robert Budman**
Partner/Director of Acquisitions                               (310) 247-0550

ATIA Company
**Darwin Ting**
Owner                                                          (714) 730-6270

Festival Development Partners, LLC
**Aaron Swerdlow**
Partner                                                        (310) 665-9657

Athens Services
**Ron Arakelian, Jr.**
COO                                                            (626) 336-3636

This information has been secured from sources we believe to be reliable, but we make no representations or warranties, expressed or implied, as to the accuracy of the information. References to square footage or age are approximate. Buyer must verify the information and bears all risk for any inaccuracies. Marcus & Millichap Real Estate Investment Services is a service mx Millichap Real Estate Investment Services, Inc. © 2010 Marcus & Millichap



Marcus & Millichap
Real Estate Investment Brokerage Company

# EXHIBIT H

# DECLARATION OF RICHARD G. LONGOBARDO

# REGARDING LEMON CREEK

1   Ori S. Blumenfeld (Bar No. 259112)
    **Wilson & Associates LLP**
2   10940 Wilshire Blvd., Suite 1600
    Los Angeles, CA 90024
3   Phone: (310) 220-4900
    Facsimile: (310) 443-4296
4
5   Attorneys for DEBTOR

6
                    **UNITED STATES BANKRUPCTY COURT**
7                   **CENTRAL DISTRICT OF CALIFORNIA**

8

9   In RE:                              )   Case No.: 2:10-bk-21336AA
                                        )
10  ORANGE GROVE SERVICE, INC.,         )
                                        )   Chapter 11
11                                      )
                                        )   DECLARATION OF RICHARD G.
12                                      )   LONGOBARDO IN SUPPORT OF
                                        )   DEBTOR ORANGE GROVE SERVICE,
13                                      )   INC.'S NOTICE OF MOTION AND
                                        )   SECOND MOTION FOR ORDER
14                                      )   AUTHORIZING DEBTOR'S INTERIM
                                        )   USE OF CASH COLLATERAL
15          Debtor.                     )   PURSUANT TO TITLE 11 U.S.C
                                        )   §362(C)(2)(B) COMMENCING
16                                      )   IMMEDIATELY AND CONTINUING
                                        )   THROUGH SEPTEMBER 2010
17                                      )
                                        )
18                                      )
                                        )   **Date: June 30, 2010**
19                                      )
                                        )   **Time 10:00 a.m.**
20                                      )
                                        )   **Courtroom: 1375**
21                                      )   **255 E. Temple Street**
                                        )   **Los Angeles, CA  90012**
22  _____

23

24  I, Richard G. Longobardo, ("LISCENSED REAL ESTATE BROKER") do hereby declare

25  that all of the following is true and correct to the best of my knowledge and if called

26

27                                      1

28

upon as a witness I could and would competently testify to the truthfulness of all of the below statements:

1. I make this declaration based upon my own personal, firsthand knowledge, my education, training and experience in the field of real estate appraisal and if called as a witness, I could and would competently and truthfully testify thereto.

2. I am a licensed real estate broker, licensed by the State of California. My area of expertise is commercial retail real estate. I have over thirty (30) years of experience and have closed over $200 Million dollars in retail and office properties. I am Associate Vice President Investments, National Retail Group for Marcus & Millichap. I have been associated with Marcus & Millichap for over twelve (12) years.

3. On April 5, 2010 I was asked by Arturo Flores, the President of Orange Grove Service, Inc. to prepare an opinion of value of the property known as Lemon Creek Center, Walnut, CA ("Lemon Creek"). Attached and incorporated herein is a true and correct copy of the Market Positioning and Pricing Analysis ("MPPA"), dated April 9, 2009, that I prepared.

4. In preparing the MPPA, I reviewed current rent roll and operating expenses, performed market research, inspected the Lemon Creek, both interior and exterior, determined the square footage of the Lemon Creek, and surveyed the immediate neighborhood.

5. In determining the fair market value ("FMV") for the Lemon Creek, I used the income approach due to lack of similar transactions that closed during the recent market period. I consider this approach to be the most reliable in determining FMV in this market.

6. Based on my review of the current rent roll, review of operating expenses, and Profit and Loss Statements prepared by STC Management, the property manager, an inspection of the Lemon Creek, as well as my training, education and experience as a licensed commercial, retail real estate broker, it is my

2

professional opinion that as of April 9, 2010, Lemon Creek Fremont has a range of FMV from $8251,621 to $9,223,829, with a middle value of $8,710,682, for an average for FMV of $8,728,710.

7. I have no present or contemplated future interest in the Lemon Creek described in the MPPA. No compensation was requested for this MPPA, nor will any compensation be sought and the values I arrived at were not subject to payment of any kind.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and complete to the best of my knowledge.

Dated 6/9/2010

_Richard G. Longobardo_

Richard G. Longobardo
California Licensed Real Estate Broker

DECLARATION OF RICHARD G. LONGOBARDO IN SUPPORT OF DEBTOR ORANGE GROVE SERVICE. INC'S MOTION FOR INTERRIM SUE OF CASH COLLATERAL PURSUANT TO TITLE 11 U.S.C §362(C)(2)(B) COMMENCING IMMEDIATELY AND CONTINUING FOR SEVEN (7) MOTNTHS OR UNTIL CONFIRMATION OF DEBTOR'S PLAN OF REORGANIZATION, WHICHEVER IS SOONER

# EXHIBIT I

## PAGE 3 OF THE MPPA

## FREMONT

# ALHAMBRA FREMONT CENTER
ALHAMBRA, CA

## Pricing - Estimated

| | | LIST PRICE | | LIST PRICE | |
| | | ESTIMATED | | ACTUAL RECORD | |
|---|---|---|---|---|---|
| Price | | $3,148,365 | | $2,973,213 | $2,816,522 |
| Down Payment | 40% | $1,259,346 | 40% $1,189,285 | 40% | $1,126,609 |
| First Trust Deed/Mortgage | | $1,889,019 | | $1,783,928 | $1,689,913 |
| Interest Rate/Amortization | | 7.0% / 30 Yrs. | | 7.0% / 30 Yrs. | 7.0% / 30 Yrs. |
| NET OPERATING INCOME | | $213,774 | | $213,774 | $213,774 |

**CASH FLOW ANALYSIS**

| | | | | | |
|---|---|---|---|---|---|
| Debt Service | | (150,812) | | (142,422) | (134,916) |
| Debt Coverage Ratio | | 1.42 | | 1.50 | 1.58 |
| Net Cash Flow After Debt Service | | $62,962 | | $71,352 | $78,858 |
| Return % | | 5.00% | | 6.00% | 7.00% |
| Principal Reduction | | 19,189 | | 18,121 | |
| Total Return | | $82,151 | | $89,473 | $78,858 |
| Total Return % | | 6.52% | | 7.52% | 7.00% |

**VALUE INDICATORS**

| | | | | | |
|---|---|---|---|---|---|
| CAP Rate | | 6.79% | | 7.19% | 7.59% |
| Price/SF | | $211.51 | | $199.75 | $189.22 |

All financial information taken from STC Management reports for YTD 2009, January and February 2010.

PRICING & FINANCIAL ANALYSIS

This information has been secured from sources we believe to be reliable, but we make no representations or warranties, expressed or implied, as to the accuracy of the information. References to square footage or age are approximate. Buyer must verify the information and bears all risk for any inaccuracies. Marcus & Millichap Real Estate Investment Services is a service mark of Marcus & Millichap Real Estate Investment Services, Inc. © 2010 Marcus & Millichap

**Marcus & Millichap**
Real Estate Investment Services

# EXHIBIT J

# DECLARATION OF RICHARD G. LONGOBARDO

# REGARDING FREMONT

Ori S. Blumenfeld (Bar No. 259112)
**Wilson & Associates LLP**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Phone: (310) 220-4900
Facsimile: (310) 443-4296

Attorneys for DEBTOR

## UNITED STATES BANKRUPCTY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In RE:

ORANGE GROVE SERVICE, INC.,

Debtor.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:10-bk-21336AA

Chapter 11

DECLARATION OF RICHARD G.
LONGOBARDO IN SUPPORT OF
DEBTOR ORANGE GROVE SERVICE,
INC.'S NOTICE OF MOTION AND
SECOND MOTION FOR ORDER
AUTHORIZING DEBTOR'S INTERIM
USE OF CASH COLLATERAL
PURSUANT TO TITLE 11 U.S.C
§362(C)(2)(B) COMMENCING
IMMEDIATELY AND CONTINUING
THROUGH SEPTEMBER 2010

Date: June 30, 2010

Time 10:00 a.m.

Courtroom: 1375
255 E. Temple Street
Los Angeles, CA 90012

I, Richard G. Longobardo, ("LISCENSED REAL ESTATE BROKER") do hereby declare

that all of the following is true and correct to the best of my knowledge and if called

1

upon as a witness I could and would competently testify to the truthfulness of all of the below statements:

1. I make this declaration based upon my own personal, firsthand knowledge, my education, training and experience in the field of real estate appraisal and if called as a witness, I could and would competently and truthfully testify thereto.

2. I am a licensed real estate broker, licensed by the State of California. My area of expertise is commercial retail real estate. I have over thirty (30) years of experience and have closed over $200 Million dollars in retail and office properties. I am Associate Vice President Investments, National Retail Group for Marcus & Millichap. I have been associated with Marcus & Millichap for over twelve (12) years.

3. On April 5, 2010 I was asked by Arturo Flores, the President of Orange Grove Service, Inc. to prepare an opinion of value of the property known as Fremont Center, Alhambra, CA ("Fremont"). Attached and incorporated herein is a true and correct copy of the Market Positioning and Pricing Analysis ("MPPA"), dated April 9, 2009, that I prepared.

4. In preparing the MPPA, I reviewed current rent roll and operating expenses, performed market research, inspected the Fremont, both interior and exterior, determined the square footage of the Fremont, and surveyed the immediate neighborhood.

5. In determining the fair market value ("FMV") for the Fremont, I used the income approach due to lack of similar transactions that closed during the recent market period. I consider this approach to be the most reliable in determining FMV in this market.

6. Based on my review of the current rent roll, review of operating expenses, and Profit and Loss Statements prepared by STC Management, the property manager, an inspection of the Fremont, as well as my training, education and experience as a licensed commercial, retail real estate broker, it is my

1  professional opinion that as of April 9, 2010, Fremont has a range of FMV from

2  $2,816,522 to $3,148,365, with a middle value of $2,973,213, for an average for
   FMV of $2,979,367.

3

   7. I have no present or contemplated future interest in the Fremont described in the
4
      MPPA. No compensation was requested for this MPPA, nor will any
5
      compensation be sought and the values I arrived at were not subject to payment
6
      of any kind.
7

8  I declare under penalty of perjury under the laws of the United States of America

9  that the foregoing is true and complete to the best of my knowledge.

10

11  Dated June 9, 2010

12

13

14  Richard G. Longobardo

15  California Licensed Real Estate Broker

16

17

18

19

20

21

22

23

24

25

26

27                                    3

28

# EXHIBIT K

# DECLARATION OF ARTURO FLORES

Ori S. Blumenfeld (Bar No. 259112)
**Wilson & Associates LLP**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Phone: (310) 220-4900
Facsimile: (310) 443-4296

Attorneys for DEBTOR

UNITED STATES BANKRUPCTY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ORANGE GROVE SERVICE, INC.,<br><br>                Debtor. | Case No. 2:10-bk-21336-AA<br><br>Chapter 11<br><br>DECLARATION OF ARTURO FLORES IN SUPPORT OF DEBTOR ORANGE GROVE SERVICE, INC.'S NOTICE OF MOTION AND SECOND MOTION FOR ORDER AUTHORIZING DEBTOR'S INTERIM USE OF CASH COLLATERAL PURSUANT TO TITLE 11 U.S.C §362(C)(2)(B) COMMENCING IMMEDIATELY AND CONTINUING THROUGH SEPTEMBER 2010<br><br>**Date: June 30, 2010**<br><br>**Time 10:00 a.m.**<br><br>**Courtroom: 1375**<br>**255 E. Temple Street**<br>**Los Angeles, CA  90012** |

Declarant, Arturo Flores, President of Debtor respectfully states as follows:

1) I am the President of Debtor in the above referenced case.

2) A Chapter 11 Voluntary Petition was filed on March 25, 2010.  Debtor, asks this

   Court to grant the interim use of cash collateral in order to pay necessary

1

operating expenses, and maintain and preserve the values of the Lemon Creek and Fremont ("Properties"). In addition, utility and service bills are becoming due and need to be paid immediately in order to avoid possible interruption of utilities and other services necessary for the operation and maintenance of the Premises, which could result in loss of rental income from Properties. Also, real estate taxes are due and owing for the Properties.

3) Debtor has no source of income from the Centers other than from the rents and Common Area Maintenance charges ("CAM).

4) Authorizing the Debtor to obtain interim use of cash collateral will allow Debtor to maintain its ongoing rental business operations, allow the Debtor to rehabilitate the Property, create additional value, and provide the Debtor with an opportunity to propose a meaningful Plan.

5) This Declaration is given to establish a *prima facie* basis for the granting of the underlying Application.

I declare under penalty of perjury under the laws of the United State of America that to the best of my knowledge the above is true and correct and that this Declaration was executed on the date set forth below.

Dated: June 9, 2009

By:/s/ Arturo Flores _____

Arturo Flores, Declarant

DECLARATION OF ARTURO FLORES IN SUPPORT OF DEBTOR ORANGE GROVE SERVICE, INC.'S NOTICE OF MOTION AND SECOND MOTION FOR ORDER AUTHORIZING DEBTOR'S INTERIM USE OF CASH COLLATERAL PURSUANT TO TITLE 11 U.S.C §362(C)(2)(B) COMMENCING IMMEDIATELY AND CONTINUING THROUGH SEPTEMBER 2010

| | |
|---|---|
| In re<br><br>ORANGE GROVE SERVICE, INC. | Chapter 11<br><br>Case.: 2:10-BK-21336-AA |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10940 Wilshire Blvd., Ste 1600, Los Angeles, CA 90024

A true and correct copy of the foregoing document described as

**DEBTOR ORANGE GROVE SERVICE, INC.'S NOTICE OF MOTION AND SECOND MOTION FOR AUTHORITY FOR INTERIM USE OF CASH COLLATERAL PURSUANT TO TITLE 11 U.S.C §362(C)(2)(B) COMMENCING IMMEDIATELY AND CONTINUING FOR SEVEN (7) MONTHS OR UNTIL CONFIRMATION OF DEBTOR'S PLAN OF REORGANIZATION, WHICHEVER IS SOONER WITH EXHIBITS**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On **June 10, 2010**   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge Alan M  Ahart
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1382
Los Angeles, CA 90012

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| June 10, 2010 | *Nakia Bluford*<br>Type Name | */s/ Nakia Bluford*<br>Signature |

1

Los Angeles City Clerk
PO Box 53200
Los Angeles, Ca 90052-0200

Jeffrey A Krieger, Esq.
Greenberg Glusker Fields Claman &
Machtinger LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, CA 90067

Dare Law, Esq.
United States Trustee
725 South Figueroa Street
Suite 2600
Los Angeles, CA 90017

Los Angeles County Tax Collector
Mark J Saladino Treasurer Tax Collector
225 N Hill Street
Los Angeles, Ca 90012

American Continental Bank
17700 Castleton Street
Suite 100
City of Industry, CA 91748

Manijeh Habib-Agahi
392 North Bonhill Road
Los Angeles, Ca 90049

California State Board of Equalization
PO Box 942879
Sacramento, CA 94279-7072

Mercedes-Benz Financial
PO Box 9001680
Louisville, KY 40290-1680

Capmark Financial Group
116 Welsh Road
Horsham, PA 19044

Nelly Rabadi
1575 Old House Road
Pasadena, CA 91107

Employment Development
Corporation
Bankruptcy Group MIC 92E
Sacramento, CA 94280-0001

Orange Grove Service, Inc.
PO Box 7398
La Verne, CA 91750

Hamid Habib-Agahi
392 North Bonhill Road
Los Angeles, CA 90049

Phoebe Chen Huang and Nelson L
Huang
1223 Oakhaven Road
Arcadia, CA 91006

Hossein Hedjazi
618 North Las Casas Avenue
Pacific Palisades, CA 90272

Signal Walnut Partnership, LP
20866 E Quail Run Drive
Diamond Bar, CA 91789

IRS, Insolvency Unit
PO Box 21126
Philadelphia, PA 19114

Edward G Schloss, Esq.
3637 Motor Avenue
Suite 220
Los Angeles, CA 90034

2

LA County Tax Collector
Bankrupty Unit
2615 South Grand
Los Angeles, CA 90807-2608