Ori S. Blumenfeld (Bar No. 259112)
**Wilson & Associates LLP**
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Phone: (310) 220-4900
Facsimile: (310) 443-4296
oblumenfeld@wilsonassocllp.com

Attorneys for DEBTOR

FILED & ENTERED

JUL 19 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY malcala   DEPUTY CLERK

CHANGES MADE BY COURT

UNITED STATES BANKRUPCTY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

ORANGE GROVE SERVICE, INC,

                    Debtor.

Case No.: 2:10-bk-21336-AA

Chapter 11

**ORDER APPROVING DEBTOR ORANGE GROVE SERVICE, INC.'S AND SECURED CREDITOR AMERICAN CONTINENTAL BANK'S  STIPULATION DATED JULY 2, 2010, BETWEEN DEBTOR AND AMERICAN CONTINENTAL BANK AUTHORIZING USE OF CASH COLLATERAL COMMENCING IMMEDIATELY AND CONTINUING THROUGH SEPTEMBER 2010**

The Court having read and considered the "Debtor Orange Grove Service, Inc.'s and Secured Creditor American Continental Bank's Notice of Motion and Motion Requesting an Order Approving a Stipulation Dated July 2, 2010, Between Debtor and American Continental Bank Authorizing Use of Cash Collateral" (the "Motion"), the

1

1  Declarations of Arturo Flores and Ori Blumenfeld and all exhibits submitted in support of

2  the Motion, and all pleadings, papers and evidence filed in connection with the Motion;

3  having found that disposition of the Motion is appropriate without a hearing; no objection

4  to the Motion having been filed; and for good cause appearing therefore,

5

6  **IT IS HEREBY ORDERED THAT:**

7

8  1.  The Motion is granted; and

9  2.  The Stipulation between Orange Grove Service, Inc. and American

10  Continental Bank Authorizing Use of Cash Collateral (the "Stipulation") attached as

11  Exhibit A to the Motion (which is Docket entry #128) is hereby approved.

12

13  Presented By:

14  WILSON & ASSOCIATES LLP

15  /s/Ori S. Blumenfeld
16  Ori S. Blumenfeld, Esq.
   Attorneys for Debtor and
17  Debtor in Possession
   Orange Grove Service, Inc.

18

19  Approved as to Form and Language By:

20  Edward G. Schloss Law Corporation

21  _____
   Edward G. Schloss, Esq.
22  Attorneys for Secured Creditor
   American Continental Bank

23

24

25

   DATED: July 19, 2010
26                                         United States Bankruptcy Judge

27

28

1

**PROOF OF SERVICE OF DOCUMENT**

2
I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business
address is: 10940 Wilshire Blvd., Ste 1600, Los Angeles, CA 90024

3

4
A true and correct copy of the foregoing document described as
**[PROPOSED] ORDER APPROVING DEBTOR ORANGE GROVE SERVICE, INC.'S
AND SECURED CREDITOR AMERICAN CONTINENTAL BANK'S  STIPULATION

5
DATED JUNE 30, 2010, BETWEEN DEBTOR AND AMERICAN CONTINENTAL
BANK AUTHORIZING USE OF CASH COLLATERAL COMMENCING IMMEDIATELY

6
AND CONTINUING THROUGH SEPTEMBER 2010**

7
 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR
5005-2(d), and **(b)** in the manner indicated below:

8

9
**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to
controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served
by the court via NEF and hyperlink to the document. On _____ I checked the

10
CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following
person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed

11
indicated below:

12
☐ Service information continued on attached page

13
**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **July 15, 2010**   I served the following person(s) and/or entity(ies) at the last known address(es) in this

14
bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope
in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as

15
follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later
than 24 hours after the document is filed.

16

17
Judge Alan M. Ahart

18
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1382

19
Los Angeles, CA 90012

20
X Service information continued on attached
page

21

22
**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for
each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following
person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service

23
method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration
that mailing to the judge will be completed no later than 24 hours after the document is filed.

24

25
☐ Service information continued on attached page

26

27
I declare under penalty of perjury under the laws of the United States of America that the foregoing is true
and correct.

28
*July 15, 2010*              *Kia Bluford*              */s/ Kia Bluford*
                                    *Type Name*                    *Signature*

1

2

3

Los Angeles City Clerk
PO Box 53200
Los Angeles, Ca 90052-0200

4

5

6

7

United States Trustee
725 South Figueroa Street
Suite 2600
Los Angeles, CA 90017

Los Angeles County Tax Collector
Mark J Saladino Treasurer Tax Collector
225 N Hill Street
Los Angeles, Ca 90012

8

9

10

American Continental Bank
17700 Castleton Street
Suite 100
City of Industry, CA 91748

Manijeh Habib-Agahi
392 North Bonhill Road
Los Angeles, Ca 90049

11

12

13

California State Board of Equalization
PO Box 942879
Sacramento, CA 94279-7072

Mercedes-Benz Financial
PO Box 9001680
Louisville, KY 40290-1680

14

15

16

Capmark Financial Group
116 Welsh Road
Horsham, PA 19044

Nelly Rabadi
1575 Old House Road
Pasadena, CA 91107

17

18

19

Employment Development
Corporation
Bankruptcy Group MIC 92E
Sacramento, CA 94280-0001

Orange Grove Service, Inc.
PO Box 7398
La Verne, CA 91750

20

21

22

Hamid Habib-Agahi
392 North Bonhill Road
Los Angeles, CA 90049

Phoebe Chen Huang and Nelson L
Huang
1223 Oakhaven Road
Arcadia, CA 91006

23

24

25

Hossein Hedjazi
618 North Las Casas Avenue
Pacific Palisades, CA 90272

Signal Walnut Partnership, LP
20866 E Quail Run Drive
Diamond Bar, CA 91789

26

27

28

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IRS
PO Box 21126
Philadelphia, PA 19114

Wilson & Associates LLP
10940 Wilshire Blvd
Suite 1600
Los Angeles, CA 90024

LA County Tax Collector
Bankrupty Unit
2615 South Grand
Los Angeles, CA 90807-2608

1

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.

**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.

**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or

attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled:

**[PROPOSED] ORDER APPROVING DEBTOR ORANGE GROVE SERVICE, INC.'S AND SECURED CREDITOR AMERICAN CONTINENTAL BANK'S  STIPULATION DATED JUNE 30, 2010, BETWEEN DEBTOR AND AMERICAN CONTINENTAL BANK AUTHORIZING USE OF CASH COLLATERAL COMMENCING IMMEDIATELY AND CONTINUING THROUGH SEPTEMBER 2010**

was entered on the date indicated as Entered on the first page of this judgment or order and will be

served in the manner indicated below:

**I.   SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**  Pursuant to controlling

General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following

person(s) by the court via NEF and hyperlink to the judgment or order. As of

, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or

adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐        Service        information

continued on attached page

**II.** **<u>SERVED BY THE COURT VIA U.S. MAIL:</u>** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.** **<u>TO BE SERVED BY THE LODGING PARTY</u>**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continue on attached page

**ADDITIONAL SERVICE INFORMATION** (if needed):

Los Angeles City Clerk
PO Box 53200
Los Angeles, Ca 90052-0200

United States Trustee
725 South Figueroa Street
Suite 2600
Los Angeles, CA 90017

Los Angeles County Tax Collector
Mark J Saladino Treasurer Tax Collector
225 N Hill Street
Los Angeles, Ca 90012

American Continental Bank
17700 Castleton Street
Suite 100
City of Industry, CA 91748

Manijeh Habib-Agahi
392 North Bonhill Road
Los Angeles, Ca 90049

California State Board of Equalization
PO Box 942879
Sacramento, CA 94279-7072

Mercedes-Benz Financial
PO Box 9001680
Louisville, KY 40290-1680

Capmark Financial Group
116 Welsh Road
Horsham, PA 19044

Nelly Rabadi
1575 Old House Road
Pasadena, CA 91107

Employment Development
Corporation
Bankruptcy Group MIC 92E
Sacramento, CA 94280-0001

Orange Grove Service, Inc.
PO Box 7398
La Verne, CA 91750

Hamid Habib-Agahi
392 North Bonhill Road
Los Angeles, CA 90049

Phoebe Chen Huang and Nelson L
Huang
1223 Oakhaven Road
Arcadia, CA 91006

Hossein Hedjazi
618 North Las Casas Avenue
Pacific Palisades, CA 90272

Signal Walnut Partnership, LP
20866 E Quail Run Drive
Diamond Bar, CA 91789

1

2

3

IRS
PO Box 21126
Philadelphia, PA 19114

Wilson & Associates LLP
10940 Wilshire Blvd
Suite 1600
Los Angeles, CA 90024

4

5

6

LA County Tax Collector
Bankrupty Unit
2615 South Grand
Los Angeles, CA 90807-2608

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28