JEROME S. COHEN (SBN 143727)
3731 Wilshire Blvd. (Suite 514)
Los Angeles, CA 90802
Phone: (213) 388-8188
Facsimile: (213) 388-6188
jsc@jscbklaw.com

Attorney for Debtor and Debtor-in-Possession
ORANGE GROVE SERVICE, INC.

# UNITED STATES BANKRUPCTY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:10-bk-21336-EC |
| | Chapter 11 |
| ORANGE GROVE SERVICE, INC, | STIPULATION RE (1) EXTENSION OF DEADLINES FOR PLAN OBJECTIONS, VOTING, AND SUBMISSION OF BALLOT RESULTS AND PLAN MODIFICATION; AND (2) CONTINUANCE OF HEARING ON CONFIRMATION OF PLAN |
| Debtor. | |

This Stipulation is made by and between Orange Grove Service, Inc., a California corporation, debtor and debtor in possession herein (the "Debtor"), on the one hand, and Signal Walnut Partnership, LP, a California limited partnership, the first trust deed holder on the Debtor's Lemon Creek property ("SW") and American Continental Bank, the first trust deed holder on the Debtor's Fremont shopping center ("ACB"), on the other. Debtor, SW and ACB shall sometimes be referred to herein as the "Parties".

## RECITALS

A.   On August 17, 2011, the Court entered its "Order Approving Debtor's First Amended Disclosure Statement and Setting a Schedule for Submissions and Hearing on Plan Confirmation" (the "Disclosure Statement Order"). In the Disclosure Statement Order, the Court established the following dates and deadlines:

   1.   July 27, 2011 as the last day for the Debtor to serve the First Amended Disclosure Statement and Plan, along with a ballot and notice of the dates that follow below. The Debtor successfully met this deadline;

   2.   September 1, 2011 as the last day to object to the Debtor's First Amended Plan of Reorganization (the "Plan") and to submit a ballot with respect to the Plan (the "Objection and Voting Deadline");

   3.   September 14, 2011 as the last day for the Debtor to submit its ballot summary, any Plan modification and its memorandum in support of confirmation of the Plan (the "Ballot Results and Modified Plan Deadline"); and

   4.   Tuesday, September 27, 2011 at 3:00 p.m. as the hearing on confirmation of the Plan ("Confirmation Hearing Date").

B.   Shortly after the Debtor's filing of Debtor's First Amended Disclosure Statement and Plan, both SW and ACB informed the Debtor of various objections to confirmation of the Plan. For the past several months, the Debtor has been in constructive discussions with each of SW and ACB in an effort to resolve such objections. The Debtor has tentatively reached agreements with each of SW and ACB on the salient points, subject to completing documentation to effectuate each agreement, including appropriate modifications of the Plan and collateral documents. In order to allow time to complete such documentation in a manner satisfactory to all Parties, and in order to allow SW and ACB to devote resources toward a consensual Plan, rather than towards preparing and filing a written objection to the Plan prior to the Objection and Voting

Deadline, the Debtor has agreed not to object to any Plan objections on the grounds of timeliness if filed by September 22, 2011

C. Under the Disclosure Statement Order, the interval between the Objection and Voting Deadline (September 1, 2011) and the Ballot Results and Modified Plan Deadline (September 14, 2011) is 13 days. However, as this Stipulation would extend by 21 days the time for non-debtors to file any objection (under Recital B above, the Objection and Voting Deadline would move from September 1 to September 22, 2011), this Stipulation would equally extend by 21 days the Ballot Results and Modified Plan Deadline from September 14, 2011 to October 5, 2011.

D. Under the Disclosure Statement Order, the interval between the Ballot Results and Modified Plan Deadline (September 14, 2011) and Confirmation Hearing Date (Tuesday September 27) is 13 days. Maintaining the same 13 day interval after October 5, 2011, would move the Confirmation Hearing Date to October 18, 2011, a date during holidays that would make counsel's participation difficult or impossible. Accordingly, this Stipulation would propose a new Confirmation Hearing Date and time of Tuesday, November 8, 2011 at 3:00 p.m., if feasible on the Court's schedule. This would make any objection to Debtor's Ballot Summary, Modified Plan, or Confirmation Memorandum due 14 days before the Confirmation Hearing Date, or October 25, 2011, and any debtor reply to an objection due 7 days before the Confirmation Hearing Date, or November 1, 2011, both due dates sufficiently after the holiday to be no problem.

/ / /

/ / /

E. The Parties recognize that the Court's schedule must accommodate far more parties and interests than are here involved, that this Stipulation can only communicate to the Court the status of the Parties' contacts, that this Stipulation is subject to the Court's approval, and that the Parties must comply with any disposition the Court makes of this Stipulation.

Based upon the foregoing, the Parties hereby stipulate and agree as follows:

## STIPULATION

1. The Objection and Voting Deadline shall be extended for 21 days until September 22, 2011.

2. The Ballot Results and Modified Plan Deadline shall be extended for 21 days until October 5, 2011.

3. The hearing on confirmation of the Plan shall be continued to a date which is convenient to the Court on or after November 8, 2011.

4. This Stipulation may be executed in counterparts, each of which shall be deemed an original, and all of which shall constitute one document.

Dated August 26, 2011

JEROME S. COHEN
Attorney for Debtor and Debtor-in-Possession
Orange Grove Services, Inc

Dated August 26, 2011

EDWARD G. SCHLOSS
Attorney for American Continental Bank

Dated August 26, 2011

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP

By
JEFFREY A. KRIEGER
Attorneys for Secured Creditor
Signal Walnut Partnership LP

E. The Parties recognize that the Court's schedule must accommodate far more parties and interests than are here involved, that this Stipulation can only communicate to the Court the status of the Parties' contacts, that this Stipulation is subject to the Court's approval, and that the Parties must comply with any disposition the Court makes of this Stipulation.

Based upon the foregoing, the Parties hereby stipulate and agree as follows:

## STIPULATION

1. The Objection and Voting Deadline shall be extended for 21 days until September 22, 2011.

2. The Ballot Results and Modified Plan Deadline shall be extended for 21 days until October 5, 2011.

3. The hearing on confirmation of the Plan shall be continued to a date which is convenient to the Court on or after November 8, 2011.

4. This Stipulation may be executed in counterparts, each of which shall be deemed an original, and all of which shall constitute one document.

Dated August 26, 2011

JEROME S. COHEN
Attorney for Debtor and Debtor-in-Possession
Orange Grove Services, Inc

Dated August 26, 2011

EDWARD G. SCHLOSS
Attorney for American Continental Bank

Dated August 26, 2011

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP

By _____
JEFFREY A. KRIEGER
Attorneys for Secured Creditor
Signal Walnut Partnership LP

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
<u>3731 Wilshire Blvd., Suite 514, Los Angeles, CA 90010</u>

A true and correct copy of the foregoing document described as:

**STIPULATION RE (1) EXTENSION OF DEADLINES FOR PLAN OBJECTIONS, VOTING, AND SUBMISSION OF BALLOT RESULTS AND PLAN MODIFICATION; AND (2) CONTINUANCE OF HEARING ON CONFIRMATION OF PLAN**

will be served or was served in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>August 26. 2011</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Matthew Abbasi    matthew@anhlegal.com
- Jerome S Cohen    jsc@jscbklaw.com
- Geoffrey A Heaton    gheaton@duanemorris.com
- Bernard J Kornberg    bjk@severson.com
- Jeffrey A Krieger    jkrieger@ggfirm.com
- Alvin Mar    alvin.mar@usdoj.gov
- Ron Maroko    ron.maroko@usdoj.gov
- Randall P Mroczynski    randym@cookseylaw.com
- Edward G Schloss    egs2@ix.netcom.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On <u>August 26, 2011</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Honorable Ellen Carroll
United States Bankruptcy Court - Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1634
Los Angeles, CA 90012

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>N/A</u> I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.
I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 26, 2011 | William R. Gynan IV | */s/ William R. Gynan IV* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                                   **F 9013-3.1**