JEROME S. COHEN (SBN 143727)
3731 Wilshire Blvd. (Suite 514)
Los Angeles, CA 90802
Tel. (213) 388-8188
Fax (213) 388-6188

Attorneys for Debtor and Debtor-in-Possession
ORANGE GROVE SERVICE, INC.

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>ORANGE GROVE SERVICE, INC.,<br><br>              Debtor. | Case No. 2:10-bk-21336-EC<br><br>Chapter 11<br><br>**NOTICE OF HEARING RE: DOCUMENT NO. 323 ON COURT'S DOCKET, STIPULATION RE (1) EXTENSION OF DEADLINES FOR PLAN OBJECTIONS, VOTING, AND SUBMISSION OF BALLOT RESULTS AND PLAN MODIFICATION AND (2) CONTINUANCE OF HEARING ON CONFIRMATION OF PLAN**<br><br>**Date:** October 27, 2011<br>**Time:** 1:30 p.m.<br>**Courtroom:** 1639<br>**Place:** 255 East Temple St.,<br>           Los Angeles, CA 90012 |

**TO THE HONORABLE ELLEN CARROL, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF UNITED STATES TRUSTEE, ALL CREDITORS, AND ALL PARTIES IN INTEREST:**

1

**PLEASE TAKE NOTICE** that the Court has set a hearing on October 27, 2011 at 1:30 pm in Courtroom 1639, United States Bankruptcy Court, 255 East Temple Street, Los Angeles CA 90012 on approval of the *Stipulation re (1) Extension of Deadlines for Plan Objections, Voting, and Submission of Ballot Results and Plan Modification and (2) Continuance of Hearing on Confirmation of Plan* (the "Stipulation") entered into by the Debtor, Orange Grove Service, Inc. (the "Debtor"), Signal Walnut Partnership, LP, and American Continental Bank. On August 26, 2011, Debtor filed the Stipulation, which appears on the Court's docket as Document Number 323.

**PLEASE TAKE FURTHER NOTICE** that the Stipulation is on file with the United States Bankruptcy Court and may be viewed in the Public Viewing Area, 255 East Temple Street, Los Angeles, CA 90012, Tel. (213) 894-3118. Alternatively, a copy of the Stipulation may be obtained upon request by contacting Jerome S. Cohen, 3731 Wilshire Boulevard, Suite 514, Los Angeles, CA 90010. Tel. (213) 388-8188.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(f), any opposition to the Stipulation must be filed in writing and served on counsel for Debtors and other parties entitled to service, at least fourteen (14) days before the date set for the hearing on the Stipulation. Pursuant to Local Bankruptcy Rule 9013-1(h), the failure to file and serve an opposition to the Stipulation may be deemed by the Court to constitute consent to the granting of the relief requested in the Motion.

Dated: September 15, 2011

/s/ *Jerome S. Cohen*

Jerome S. Cohen
Attorney for Debtor
and Debtor-in-Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 3731 Wilshire Blvd, Suite 514, Los Angeles, CA 90010

A true and correct copy of the foregoing document described

**NOTICE OF HEARING RE: STIPULATION RE (1) EXTENSION OF DEADLINES FOR PLAN OBJECTIONS, VOTING, AND SUBMISSION OF BALLOT RESULTS AND PLAN MODIFICATION AND (2) CONTINUANCE OF HEARING ON CONFIRMATION OF PLAN**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and LBR(s), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 15, 2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Matthew Abbasi    matthew@anhlegal.com
- Jerome S Cohen    jsc@jscbklaw.com
- Geoffrey A Heaton    gheaton@duanemorris.com
- Bernard J Kornberg    bjk@severson.com
- Jeffrey A Krieger    jkrieger@ggfirm.com
- Alvin Mar    alvin.mar@usdoj.gov
- Ron Maroko    ron.maroko@usdoj.gov
- Randall P Mroczynski    randym@cookseylaw.com
- Edward G Schloss    egs2@ix.netcom.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**II. SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**

On September 15, 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**The Honorable Ellen Carroll**
**United States Bankruptcy Court**
**Central District of California**
**Edward R. Roybal Federal Building and Courthouse**
**255 E. Temple Street, Suite 1634**
**Los Angeles, CA 90012**

**\*\*\* See attached list of creditors served by U.S. Mail**

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on N/A I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 15, 2011 | William R. Gynan IV | /s/ William R. Gynan IV |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

```
Label Matrix for local noticing        American Continental Bank              German American Capital Corporation
0973-2                                 c/o Edward G. Schloss                  c/o Geoffrey A. Heaton
Case 2:10-bk-21336-EC                  3637 Motor Avenue, Suite 220           Duane Morris LLP
Central District Of California         Los Angeles, CA 90034-4884             One Market Plaza
Los Angeles                                                                   Spear Street tower
Wed Sep 14 17:25:11 PDT 2011                                                  San Francisco, CA 94105-1101

Hahn Fife & Comany LLP                 Lunetta Appraisal Company              Orange Grove Service, Inc.
790 E. Colorado Blvd 9th Fl            1802 Eastman Ave Ste 104               P.O. Box 7398
Pasadena, CA 91101-2193                Ventura, CA 93003-5758                 La Verne, CA 91750-7398


Los Angeles Division                   AFS/BEX Financial Services Inc         AMERICAN CONTINENTAL BANK
255 East Temple Street,                POB 100045                             (Loan No. 410030700)
Los Angeles, CA 90012-3332             Pasadena CA 91109-0045                 17700 Castleton Street, Suite 100
                                                                               City of Industry, CA 91748-1759


American Continental Bank              California State Board of Equalization Capmark Financial Group
17700 Castleton Street                 P.O. Box 942879                        116 Welsh Rd.
Suite 100                              Sacramento, CA 94279-0101              Horsham, PA 19044-2296
City of Industry  91748-1759


Employment Development Corp.           GMAC                                   Hamid Habib-Agahi
Bankruptcy Group MIC 92E               P.O. Box 130424                        392 North Bondhill Rd.
P.O. Box 826880                        Roseville, MN 55113-0004               Los Angeles, CA 90049-2322
Sacramento, CA 94280-0001


Hossein Hedjazi                        (p)INTERNAL REVENUE SERVICE            L.A. COUNTY TREASURER AND
618 North Las Casas Ave.               CENTRALIZED INSOLVENCY OPERATIONS      TAX COLLECTOR
Pacific Palisades, CA 90272-3312       PO BOX 7346                            PO BOX 54110
                                        PHILADELPHIA PA 19101-7346            LOS ANGELES, CA 90054-0110


LA County Tax Collector                Los Angeles City Clerk                 Los Angeles County Tax Collecto
Bankruptcy Unit                        P.O. Box 53200                         Mark J. Saladino Treasurer Tax Collector
2615 South Grand                       Los Angeles, CA 90053-0200             225 N. Hill Street
Los Angeles, CA 90007-2608                                                    Los Angeles, CA 90012-3232


Los Angeles County Treasurer           Manijeh Habib-Agahi                    Mercedes-Benz Financial
and Tax Collector                      392 North Bonhill Rd.                  P.O. Box 9001680
PO Box 54110                           Los Angeles, CA 90049-2322             Louisville, KY 40290-1680
Los Angeles CA 90054-0110


Nelly Rabadi                           Phoebe Chen Huang and Nelson L. Huang  Signal Walnut Partnership, LP
1575 Old House Road                    1223 Oakhaven Road                     20866 E. Quail Run Drive
pasadena, CA 91107-1520                Arcadia, CA 91006-2455                 Diamond Bar, CA 91789-4034
                                                                               20866 E. Quail Run Drive


United States Trustee                  United States Trustee (LA)             Wilson & Associates LLP
725 South Figueroa Street              725 S Figueroa St., 26th Floor         10940 Wilshire Blvd.
Suite 2600                             Los Angeles, CA 90017-5524             Suite 1600
Los Angeles, CA 90017-5413                                                    Los Angeles, CA 90024-3910
```

Jerome S Cohen
3731 Wilshire Blvd Ste 514
Los Angeles, CA 90010-2823

Jerome Samuel Cohen
3731 Wilshire Blvd.
Suite 514
Los Angeles, CA 90010-2823

Matthew Abbasi
ANH Legal Group Inc
6320 Canoga Ave Ste 790
Woodland Hills, CA 91367-2561

Paul T Gough
12925 Riverside Dr Second Fl
Sherman Oaks, CA 91423-5263